| AO 10 Rev. 1/2021 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2020** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Drain, Robert D. | Southern District of New York | 5/17/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination  Date<br>☐ Initial  ✔ Annual  ☐ Final | 01/01/2020 **to** 12/31/2020 |
| | 5b. ☐ Amended Report | |

**7. Chambers or Office Address**

United States Bankruptcy Court, S.D.N.Y.
300 Quarropas St.
White Plains, New York 10601

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board Member | American Bankruptcy Institute |
| 2. Board Member/Secretary | National Conference of Bankruptcy Judges |
| 3. Adjunct Professor | Pace University School of Law |
| 4. Chair | Judicial Insolvency Network |
| 5. Trustee | ▨ Revocable Trust (see lines 1394 - 1396 of Part VII) |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 5/17/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Bar Counsil | 2/23-3/1/20 | Nassau, Bahamas | Speaker at Bench & Bar Conference | Airfare, lodging, food |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 5/17/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Chase Account | A | Interest | K | T | | | | | |
| 2. FifthThird Bancorp common | A | Dividend | J | T | | | | | |
| 3. US Trust Managed Common Account (no control); see lines 4- | F | Int./Div. | P2 | T | | | | | |
| 4. -Abbott Labs | A | Dividend | J | T | Buy (add'l) | 02/26/20 | J | | |
| 5. | | | | | Buy (add'l) | 03/18/20 | J | | |
| 6. | | | | | Buy (add'l) | 10/20/20 | J | | |
| 7. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 8. | | | | | Buy (add'l) | 12/24/20 | J | | |
| 9. -Abbvie | A | Dividend | J | T | Buy (add'l) | 05/08/20 | J | | |
| 10. | | | | | Buy (add'l) | 06/08/20 | J | | |
| 11. | | | | | Buy (add'l) | 10/20/20 | J | | |
| 12. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 13. | | | | | Buy (add'l) | 12/24/20 | J | | |
| 14. -Accenture PLC Cl A | A | Dividend | J | T | Sold (part) | 04/30/20 | J | | |
| 15. | | | | | Buy (add'l) | 10/20/20 | J | | |
| 16. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 17. | | | | | Buy (add'l) | 12/24/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Drain, Robert D.** | 5/17/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -Actvision Blizzard | A | Dividend | J | T | Buy (add'l) | 10/20/20 | J | | |
| 19. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 20. | | | | | Buy (add'l) | 12/24/20 | J | | |
| 21.  -Adobe | | None | J | T | Buy (add'l) | 10/20/20 | J | | |
| 22. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 23.  -Advanced Auto Parts | | None | | | Sold | 02/24/20 | J | | |
| 24.  -Advanced Mirco Devices | | None | J | T | Buy (add'l) | 10/20/20 | J | | |
| 25. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 26. | | | | | Buy (add'l) | 12/24/20 | J | | |
| 27.  -AES | | None | | | Sold | 04/30/20 | J | | |
| 28. | | | J | T | Buy | 12/24/20 | J | | |
| 29.  -Affiliated Managers Grp | | None | | | Sold | 03/18/20 | J | | |
| 30.  -Aflac | A | Dividend | J | T | Buy | 03/18/20 | J | | |
| 31. | | | | | Buy (add'l) | 12/24/20 | J | | |
| 32.  -Agilent Technologies | | None | | | Sold | 04/30/20 | J | A | |
| 33. | | | J | T | Buy | 12/07/20 | J | | |
| 34. | | | | | Buy (add'l) | 12/24/20 | J | | |

---

1  Income Gain Codes:     A =$1,000 or less     B =$1,001 - $2,500     C =$2,501 - $5,000     D =$5,001 - $15,000     E =$15,001 - $50,000
   (See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2  Value Codes     J =$15,000 or less     K =$15,001 - $50,000     L =$50,001 - $100,000     M =$100,001 - $250,000
   (See Columns C1 and D3)     N =$250,001 - $500,000     O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
     P3 =$25,000,001 - $50,000,000     P4 =More than $50,000,000
3  Value Method Codes     Q =Appraisal     R =Cost (Real Estate Only)     S =Assessment     T =Cash Market
   (See Column C2)     U =Book Value     V =Other     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| **Drain, Robert D.** | 5/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   -Air Prods & Chems | A | Dividend | J | T | Buy (add'l) | 12/24/20 | J | | |
| 36.   -Alaska Air Grp | | None | | | Sold | 02/26/20 | J | | |
| 37.   -Alexandria Real Estate Eq. | | None | J | T | Buy | 12/07/20 | J | | |
| 38.   -Alexion Pharmaceuticals | | None | J | T | Buy | 02/26/20 | J | | |
| 39. | | | | | Sold (part) | 04/30/20 | J | A | |
| 40. | | | | | Buy (add'l) | 10/20/20 | J | | |
| 41. | | | | | Sold (part) | 12/07/20 | J | | |
| 42.   -Align Technology | | None | J | T | | | | | |
| 43.   -Allergan | | None | | | Merged (with line 9) | 05/08/20 | J | A | |
| 44.   -Alliance Data Sys | A | Dividend | J | T | Buy | 03/18/20 | J | | |
| 45. | | | | | Sold (part) | 04/30/20 | J | | |
| 46.   -Allstate | | None | | | Sold (part) | 04/30/20 | J | | |
| 47. | | | | | Sold | 06/22/20 | J | | |
| 48.   -Alphabet Inc. CL A Com | | None | M | T | Buy (add'l) | 12/07/20 | J | | |
| 49. | | | | | Buy (add'l) | 12/24/20 | J | | |
| 50.   -Alphabet Inc. CL C Com | | None | M | T | Buy (add'l) | 12/07/20 | J | | |
| 51. | | | | | Buy (add'l) | 12/24/20 | J | | |

| 1 | Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 | Value Method Codes (See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Drain, Robert D.** | 5/17/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.    -Altria Grp. | A | Dividend | | | Sold<br>(part) | 02/26/20 | J | | |
| 53. | | | | | Buy<br>(add'l) | 04/30/20 | J | | |
| 54. | | | | | Buy<br>(add'l) | 06/22/20 | J | | |
| 55. | | | | | Sold | 10/20/20 | J | | |
| 56.    -Amazon Com | | None | N | T | Buy<br>(add'l) | 10/20/20 | K | | |
| 57. | | | | | Buy<br>(add'l) | 12/07/20 | J | | |
| 58. | | | | | Buy<br>(add'l) | 12/24/20 | K | | |
| 59.    -Amcor PLC | | None | | | Buy | 03/18/20 | J | | |
| 60. | | | | | Buy<br>(add'l) | 06/22/20 | J | | |
| 61. | | | | | Buy<br>(add'l) | 10/20/20 | J | | |
| 62. | | | | | Sold | 12/24/20 | J | | |
| 63.    -Ameren Corp. | A | Int./Div. | J | T | Buy | 06/22/20 | J | | |
| 64. | | | | | Buy<br>(add'l) | 12/24/20 | J | | |
| 65.    -American Airls Grp. | | None | | | Buy | 02/26/20 | J | | |
| 66. | | | | | Sold | 03/18/20 | J | | |
| 67. | | | | | Buy | 04/30/20 | J | | |
| 68. | | | | | Sold | 10/20/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Drain, Robert D.** | 5/17/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69.   -American Elec Power | A | Dividend | J | T | Sold<br>(part) | 04/30/20 | J | | |
| 70. | | | | | Sold | 06/22/20 | J | | |
| 71. | | | | | Buy | 12/24/20 | J | | |
| 72.   -American Express | A | Dividend | J | T | Buy<br>(add'l) | 03/16/20 | J | | |
| 73. | | | | | Sold<br>(part) | 04/30/20 | J | | |
| 74. | | | | | Buy<br>(add'l) | 10/20/20 | J | | |
| 75. | | | | | Buy<br>(add'l) | 12/07/20 | J | | |
| 76. | | | | | Sold<br>(part) | 12/24/20 | J | | |
| 77.   -American Int'l Grp. | A | Dividend | J | T | Sold<br>(part) | 02/26/20 | J | | |
| 78. | | | | | Buy<br>(add'l) | 06/22/20 | J | | |
| 79. | | | | | Sold<br>(part) | 09/10/20 | J | | |
| 80. | | | | | Buy<br>(add'l) | 10/20/20 | J | | |
| 81. | | | | | Buy<br>(add'l) | 12/07/20 | J | | |
| 82. | | | | | Buy<br>(add'l) | 12/24/20 | J | | |
| 83.   -American Tower | A | Dividend | | | Buy | 02/26/20 | J | | |
| 84. | | | | | Buy<br>(add'l) | 10/20/20 | J | | |
| 85. | | | | | Sold | 12/07/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 5/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  -American Water Wks | A | Dividend | J | T | Buy | 06/22/20 | J | | |
| 87. | | | | | Buy (add'l) | 12/24/20 | J | | |
| 88.  -AmerisourceBergen | | None | | | Buy | 02/26/20 | J | | |
| 89. | | | | | Sold | 04/30/20 | J | | |
| 90. | | | | | Buy | 06/22/20 | J | | |
| 91. | | | | | Sold | 09/10/20 | J | | |
| 92.  -Ametek | | None | | | Sold | 03/18/20 | J | | |
| 93.  -Amgen | A | Dividend | | | Sold (part) | 02/26/20 | J | | |
| 94. | | | | | Buy (add'l) | 04/30/20 | J | | |
| 95. | | | | | Sold (part) | 06/22/20 | J | | |
| 96. | | | | | Buy (add'l) | 09/10/20 | J | | |
| 97. | | | | | Buy (add'l) | 10/20/20 | J | | |
| 98. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 99. | | | | | Sold | 12/24/20 | J | | |
| 100.  -Amphenol | A | Dividend | J | T | Sold (part) | 03/18/20 | J | | |
| 101. | | | | | Buy (add'l) | 10/20/20 | J | | |
| 102. | | | | | Buy (add'l) | 12/07/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 5/17/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. | | | | | Sold<br>(part) | 12/24/20 | J | | |
| 104.  -Analog Devices | A | Dividend | J | T | Buy<br>(add'l) | 10/20/20 | J | | |
| 105. | | | | | Buy<br>(add'l) | 12/07/20 | J | | |
| 106. | | | | | Buy<br>(add'l) | 12/24/20 | J | | |
| 107.  -Ansys | | None | J | T | Buy<br>(add'l) | 12/24/20 | J | | |
| 108.  -Anthem | A | Dividend | J | T | Buy<br>(add'l) | 06/22/20 | J | | |
| 109. | | | | | Buy<br>(add'l) | 09/10/20 | J | | |
| 110. | | | | | Buy<br>(add'l) | 10/20/20 | J | | |
| 111. | | | | | Buy<br>(add'l) | 12/24/20 | J | | |
| 112.  -Aon | A | Dividend | J | T | Sold<br>(part) | 04/30/20 | J | | |
| 113. | | | | | Buy<br>(add'l) | 06/22/20 | J | | |
| 114. | | | | | Buy<br>(add'l) | 12/07/20 | J | | |
| 115.  -Apartment Invt & Mgmt | | None | | | Sold<br>(part) | 03/18/20 | J | | |
| 116. | | | | | Sold | 04/30/20 | J | | |
| 117.  -Apple | B | Dividend | M | T | Buy<br>(add'l) | 10/20/20 | J | | |
| 118. | | | | | Buy<br>(add'l) | 12/07/20 | K | | |
| 119. | | | | | Buy<br>(add'l) | 12/24/20 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 5/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -Applied Matls | A | Dividend | J | T | Buy (add'l) | 12/07/20 | J | | |
| 121. | | | | | Buy (add'l) | 12/24/20 | J | | |
| 122.  -Aptive PLC | | None | | | Sold (part) | 02/26/20 | J | A | |
| 123. | | | | | Sold | 03/18/20 | J | | |
| 124.  -Archer Daniels Midland | A | Dividend | J | T | Buy (add'l) | 03/18/20 | J | | |
| 125. | | | | | Sold (part) | 04/30/20 | J | | |
| 126. | | | | | Buy (add'l) | 10/20/20 | J | | |
| 127. | | | | | Buy (add'l) | 12/24/20 | J | | |
| 128.  -Arconic | | None | | | Buy | 03/18/20 | J | | |
| 129. | | | | | Sold (part) | 06/25/20 | J | A | |
| 130. | | | | | Sold | 10/20/20 | J | | |
| 131.  -AT&T | A | Dividend | J | T | Sold (part) | 04/30/20 | J | | |
| 132. | | | | | Sold (part) | 06/22/20 | J | | |
| 133. | | | | | Buy (add'l) | 09/10/20 | J | | |
| 134. | | | | | Sold (part) | 10/20/20 | J | | |
| 135. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 136. | | | | | Buy (add'l) | 12/24/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 5/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137.  -Atmos Energy | A | Dividend | J | T | Buy | 06/22/20 | J | | |
| 138. | | | | | Sold<br>(part) | 09/10/20 | J | | |
| 139. | | | | | Buy | 12/24/20 | J | | |
| 140.  -Autodesk | | None | J | T | Buy | 10/20/20 | J | | |
| 141. | | | | | Buy<br>(add'l) | 12/24/20 | J | | |
| 142.  -Automatic Data Processing | A | Dividend | J | T | Buy | 04/30/20 | J | | |
| 143. | | | | | Sold | 09/10/20 | J | | |
| 144. | | | | | Buy | 10/20/20 | J | | |
| 145. | | | | | Buy<br>(add'l) | 12/07/20 | J | | |
| 146. | | | | | Buy<br>(add'l) | 12/24/20 | J | | |
| 147.  -Autozone | | None | J | T | Buy | 12/24/20 | J | | |
| 148.  -AvalonBay Cmntys | | None | | | Buy | 04/30/20 | J | | |
| 149. | | | | | Sold | 06/22/20 | J | | |
| 150.  -Avery Dennison | | None | | | Sold | 04/30/20 | J | A | |
| 151.  -Baker Hughes Cl A | A | Dividend | J | T | Buy | 03/18/20 | J | | |
| 152.  -Ball | A | Dividend | J | T | Buy<br>(add'l) | 12/24/20 | J | | |
| 153.  -Bank of NY Mellon | | None | | | Sold | 02/26/20 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |

| Name of Person Reporting | Date of Report |
|---|---|
| **Drain, Robert D.** | 5/17/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy | 04/30/20 | J | | |
| 155. | | | | | Sold | 09/10/20 | J | | |
| 156.  -Baxter Intl | | None | J | T | Buy | 03/18/20 | J | | |
| 157. | | | | | Buy (add'l) | 06/22/20 | J | | |
| 158. | | | | | Sold (part) | 09/10/20 | J | | |
| 159. | | | | | Buy (add'l) | 10/20/20 | J | | |
| 160. | | | | | Sold (part) | 12/07/20 | J | | |
| 161.  -Becton Dickinson | A | Dividend | J | T | Sold (part) | 02/24/20 | J | | |
| 162. | | | | | Sold | 06/22/20 | J | | |
| 163. | | | | | Buy | 09/10/20 | J | | |
| 164. | | | | | Buy (add'l) | 10/20/20 | J | | |
| 165. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 166. | | | | | Buy (add'l) | 12/24/20 | J | | |
| 167.  -Berkshire Hathaway Cl B | | None | K | T | Sold (part) | 06/18/20 | J | | |
| 168. | | | | | Buy (add'l) | 09/10/20 | J | | |
| 169. | | | | | Buy (add'l) | 10/20/20 | J | | |
| 170. | | | | | Buy (add'l) | 12/07/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Drain, Robert D.** | 5/17/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171. | | | | | Buy<br>(add'l) | 12/24/20 | J | | |
| 172.  -Best Buy | A | Dividend | J | T | Sold<br>(part) | 03/18/20 | J | | |
| 173. | | | | | Buy<br>(add'l) | 04/30/20 | J | | |
| 174. | | | | | Buy<br>(add'l) | 10/20/20 | J | | |
| 175. | | | | | Sold<br>(part) | 12/07/20 | J | | |
| 176.  -Biogen | | None | | | Buy | 02/26/20 | J | | |
| 177. | | | | | Sold | 04/30/20 | J | | |
| 178. | | | | | Buy | 06/22/20 | J | | |
| 179. | | | | | Sold | 12/07/20 | J | | |
| 180.  -Blackrock Inc. | A | Dividend | J | T | Buy<br>(add'l) | 12/24/20 | J | | |
| 181.  -Block H&R | | None | | | Buy | 03/18/20 | J | | |
| 182. | | | | | Sold | 04/30/20 | J | | |
| 183.  -Boeing | | None | J | T | Sold<br>(part) | 03/18/20 | J | | |
| 184. | | | | | Buy<br>(add'l) | 04/30/20 | J | | |
| 185. | | | | | Buy<br>(add'l) | 12/07/20 | J | | |
| 186. | | | | | Buy<br>(add'l) | 12/24/20 | J | | |
| 187.  -Booking Hldgs | | None | K | T | Buy<br>(add'l) | 12/07/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 5/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.   -BoozeAllen Hamilton Hldg. | A | Dividend | J | T | | | | | |
| 189.   -Borg Warnter | | | | | Buy | 03/18/20 | J | | |
| 190. | | | | | Buy (add'l) | 10/20/20 | J | | |
| 191. | | | | | Sold (part) | 12/07/20 | J | | |
| 192.   -Boston Properties | | None | | | Sold | 04/30/20 | J | | |
| 193.   -Boston Scientific | | None | K | T | Buy (add'l) | 03/18/20 | J | | |
| 194. | | | | | Buy (add'l) | 04/30/20 | J | | |
| 195. | | | | | Buy (add'l) | 10/20/20 | J | | |
| 196. | | | | | Sold (part) | 12/07/20 | J | | |
| 197.   -Bristol Myers Squibb CVR | | None | J | T | Sold (part) | 06/22/20 | J | | |
| 198. | | | | | Buy (add'l) | 10/20/20 | J | | |
| 199. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 200. | | | | | Buy (add'l) | 12/24/20 | J | | |
| 201.   -Broadcom Inc. | A | Dividend | J | T | Sold (part) | 03/18/20 | J | | |
| 202. | | | | | Buy (add'l) | 04/30/20 | J | | |
| 203. | | | | | Buy (add'l) | 10/20/20 | J | | |
| 204. | | | | | Buy (add'l) | 12/24/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Drain, Robert D.** | 5/17/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205.  -CH Robinson Worldwide | A | Dividend | J | T | Buy | 03/18/20 | J | | |
| 206. | | | | | Buy<br>(add'l) | 12/24/20 | J | | |
| 207.  -Cabot Oil | A | Dividend | J | T | Buy | 02/26/20 | J | | |
| 208. | | | | | Buy<br>(add'l) | 12/24/20 | J | | |
| 209.  -Campbell Soup | | None | | | Buy<br>(add'l) | 10/20/20 | J | | |
| 210. | | | | | Sold | 12/24/20 | J | | |
| 211.  -Capital One Finl | A | Dividend | J | T | Sold<br>(part) | 03/18/20 | J | | |
| 212. | | | | | Buy<br>(add'l) | 04/30/20 | J | | |
| 213. | | | | | Buy<br>(add'l) | 10/20/20 | J | | |
| 214. | | | | | Buy<br>(add'l) | 12/24/20 | J | | |
| 215.  -Capri Hldgs | | None | | | Sold | 02/26/20 | J | | |
| 216.  -Cardinal Health | A | Dividend | J | T | Buy<br>(add'l) | 12/24/20 | J | | |
| 217.  -Carmax | | None | J | T | Sold<br>(part) | 03/18/20 | J | | |
| 218. | | | | | Buy<br>(add'l) | 04/30/20 | J | | |
| 219. | | | | | Buy<br>(add'l) | 12/07/20 | J | | |
| 220. | | | | | Buy<br>(add'l) | 12/24/20 | J | | |
| 221.  -Carnival | | None | | | Buy | 03/18/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Drain, Robert D.** | 5/17/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Sold | 04/30/20 | J | | |
| 223.  -Carrier Global | A | Dividend | J | T | Buy | 04/30/20 | J | | |
| 224. | | | | | Sold (part) | 06/22/20 | J | | |
| 225. | | | | | Buy (add'l) | 10/20/20 | J | | |
| 226. | | | | | Buy (add'l) | 12/24/20 | J | | |
| 227.  -Caterpillar | A | Dividend | J | T | Sold (part) | 04/30/20 | J | | |
| 228. | | | | | Buy (add'l) | 10/20/20 | J | | |
| 229. | | | | | Buy (add'l) | 12/24/20 | J | | |
| 230.  -CBOE Hldgs | | None | | | Sold | 03/18/20 | J | | |
| 231.  -CBRE Grp. | | None | J | T | Buy | 12/07/20 | J | | |
| 232. | | | | | Buy (add'l) | 12/24/20 | J | | |
| 233.  -CDW | | None | | | Sold | 03/18/20 | J | | |
| 234.  -Celanese Corp. | | | | T | Buy | 03/18/20 | J | | |
| 235. | | | | | Buy (add'l) | 12/24/20 | J | | |
| 236.  -Celgene | | None | | | Merged (with line 197) | 01/14/20 | J | A | |
| 237.  -Centene | | None | | | Sold (part) | 04/08/20 | J | | |
| 238. | | | | | Sold (part) | 06/22/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Drain, Robert D.** | 5/17/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 239. | | | | | Buy<br>(add'l) | 10/20/20 | J | | |
| 240. | | | | | Sold | 12/07/20 | J | | |
| 241.  -Centerpoint Energy | A | Dividend | J | T | Buy | 02/26/20 | J | | |
| 242. | | | | | Sold | 03/18/20 | J | | |
| 243. | | | | | Buy | 04/30/20 | J | | |
| 244. | | | | | Buy<br>(add'l) | 10/20/20 | J | | |
| 245. | | | | | Buy<br>(add'l) | 12/24/20 | J | | |
| 246.  -CF Inds Holdgs | A | Dividend | J | T | Buy | 03/18/20 | J | | |
| 247. | | | | | Buy<br>(add'l) | 12/24/20 | J | | |
| 248.  -Charter Communications | | None | J | T | Buy<br>(add'l) | 12/24/20 | J | | |
| 249.  -Chevron | A | Dividend | J | T | Sold<br>(part) | 02/26/20 | J | | |
| 250. | | | | | Buy<br>(add'l) | 04/30/20 | J | | |
| 251. | | | | | Sold<br>(part) | 09/10/20 | J | | |
| 252. | | | | | Buy<br>(add'l) | 10/20/20 | J | | |
| 253. | | | | | Buy<br>(add'l) | 12/07/20 | J | | |
| 254. | | | | | Buy<br>(add'l) | 12/24/20 | J | | |
| 255.  -Chipotle Mexican Grill Cl A | | None | J | T | Buy | 12/07/20 | J | | |

| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Drain, Robert D.** | 5/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 256.  -Chubb Ltd. Com, | A | Dividend | J | T | Buy | 02/26/20 | J | | |
| 257. | | | | | Sold | 03/18/20 | J | | |
| 258. | | | | | Buy | 04/30/20 | J | | |
| 259. | | | | | Buy<br>(add'l) | 10/20/20 | J | | |
| 260.  -Church & Dwight | A | Dividend | J | T | Buy<br>(add'l) | 12/07/20 | J | | |
| 261. | | | | | Buy<br>(add'l) | 12/24/20 | J | | |
| 262.  -Cigna | | None | J | T | Buy<br>(add'l) | 03/18/20 | J | | |
| 263. | | | | | Sold<br>(part) | 04/30/20 | J | | |
| 264. | | | | | Buy<br>(add'l) | 06/22/20 | J | | |
| 265. | | | | | Sold<br>(part) | 09/10/20 | J | | |
| 266. | | | | | Buy<br>(add'l) | 12/07/20 | J | | |
| 267. | | | | | Buy<br>(add'l) | 12/24/20 | J | | |
| 268.  -Cimarex Energy | | None | | | Sold | 02/26/20 | J | | |
| 269.  -Cisco Sys | A | Dividend | J | T | Buy<br>(add'l) | 02/26/20 | J | | |
| 270. | | | | | Buy<br>(add'l) | 03/18/20 | J | | |
| 271. | | | | | Sold<br>(part) | 04/30/20 | J | | |
| 272. | | | | | Sold<br>(part) | 09/10/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Drain, Robert D.** | 5/17/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Buy (add'l) | 10/20/20 | J | | |
| 274. | | | | | Buy (add'l) | 12/24/20 | J | | |
| 275.  -Citigroup | A | Dividend | K | T | Sold (part) | 03/18/20 | J | | |
| 276. | | | | | Buy (add'l) | 04/30/20 | J | | |
| 277. | | | | | Buy (add'l) | 06/22/20 | J | | |
| 278. | | | | | Sold (part) | 09/10/20 | J | | |
| 279. | | | | | Sold (part) | 10/20/20 | J | | |
| 280. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 281. | | | | | Buy (add'l) | 12/24/20 | J | | |
| 282.  -Citizens Finl. Grp. | A | Dividend | J | T | Buy (add'l) | 03/18/20 | J | | |
| 283. | | | | | Sold (part) | 04/30/20 | J | | |
| 284.  -Citrix Sys | A | Dividend | J | T | Buy (add'l) | 12/24/20 | J | | |
| 285.  -Clorox | A | Dividend | J | T | Buy (add'l) | 12/07/20 | J | | |
| 286. | | | | | Buy (add'l) | 12/24/20 | J | | |
| 287.  -CME Grp. | A | Dividend | J | T | Buy | 02/26/20 | J | | |
| 288. | | | | | Sold | 06/22/20 | J | | |
| 289. | | | | | Buy | 10/20/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 5/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 290. | | | | | Buy<br>(add'l) | 12/24/20 | J | | |
| 291.  -CMS Energy | | None | | | Sold | 06/22/20 | J | | |
| 292.  -Coca Cola | A | Dividend | J | T | Sold<br>(part) | 04/30/20 | J | | |
| 293. | | | | | Sold<br>(part) | 06/22/20 | J | | |
| 294. | | | | | Buy<br>(add'l) | 09/10/20 | J | | |
| 295. | | | | | Buy<br>(add'l) | 10/20/20 | J | | |
| 296. | | | | | Buy<br>(add'l) | 12/07/20 | J | | |
| 297. | | | | | Buy<br>(add'l) | 12/24/20 | J | | |
| 298.  -Cognizant Technology | A | Dividend | J | T | Sold<br>(part) | 03/18/20 | J | | |
| 299. | | | | | Buy<br>(add'l) | 04/30/20 | J | | |
| 300. | | | | | Sold<br>(part) | 06/22/20 | J | | |
| 301. | | | | | Buy<br>(add'l) | 12/07/20 | J | | |
| 302. | | | | | Buy<br>(add'l) | 12/24/20 | J | | |
| 303.  -Colgate Palmolive | A | Dividend | J | T | Buy | 02/26/20 | J | | |
| 304. | | | | | Sold | 06/22/20 | J | | |
| 305. | | | | | Buy | 12/07/20 | J | | |
| 306.  -Col. Dividend Income FD Cl. Z | B | Int./Div. | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 5/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 307.  -Col. Select Large Cap Growth FD Cl. Z | D | Distribution | M | T | | | | | |
| 308.  -Comcast Corp. | C | Dividend | M | T | Buy<br>(add'l) | 02/26/20 | J | | |
| 309. | | | | | Buy<br>(add'l) | 03/18/20 | J | | |
| 310. | | | | | Sold<br>(part) | 04/30/20 | J | | |
| 311. | | | | | Sold<br>(part) | 06/22/20 | J | | |
| 312. | | | | | Buy<br>(add'l) | 09/10/20 | J | | |
| 313. | | | | | Buy<br>(add'l) | 10/20/20 | J | | |
| 314. | | | | | Buy<br>(add'l) | 12/07/20 | J | | |
| 315. | | | | | Buy<br>(add'l) | 12/24/20 | J | | |
| 316.  -Comerica | | None | | | Sold | 02/26/20 | J | | |
| 317. | | | | | Buy | 09/10/20 | J | | |
| 318. | | | | | Sold | 10/20/20 | J | | |
| 319.  -Conagra | A | Dividend | J | T | Buy<br>(add'l) | 12/24/20 | J | | |
| 320.  -Concho Res. | A | Dividend | J | T | Buy | 02/26/20 | J | | |
| 321. | | | | | Buy<br>(add'l) | 03/18/20 | J | | |
| 322. | | | | | Sold<br>(part) | 04/30/20 | J | | |
| 323. | | | | | Buy<br>(add'l) | 12/24/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Drain, Robert D.** | 5/17/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 324.  -Conoco Phillips | A | Dividend | J | T | Buy<br>(add'l) | 02/26/20 | J | | |
| 325. | | | | | Sold<br>(part) | 03/18/20 | J | | |
| 326. | | | | | Buy<br>(add'l) | 04/30/20 | J | | |
| 327. | | | | | Sold<br>(part) | 09/10/20 | J | | |
| 328. | | | | | Buy<br>(add'l) | 10/20/20 | J | | |
| 329. | | | | | Buy<br>(add'l) | 12/07/20 | J | | |
| 330. | | | | | Sold<br>(part) | 12/24/20 | J | | |
| 331.  -Consolidated Edison | A | Dividend | | | Sold<br>(part) | 04/30/20 | J | | |
| 332. | | | | | Sold | 06/22/20 | J | | |
| 333. | | | | | Buy | 09/10/20 | J | | |
| 334. | | | | | Buy<br>(add'l) | 12/07/20 | J | | |
| 335. | | | | | Sold | 12/24/20 | J | | |
| 336.  -Constellation Brands Inc | A | Dividend | J | T | Buy<br>(add'l) | 02/26/20 | J | | |
| 337. | | | | | Sold<br>(part) | 03/18/20 | J | | |
| 338. | | | | | Buy<br>(add'l) | 06/22/20 | J | | |
| 339. | | | | | Buy<br>(add'l) | 12/07/20 | J | | |
| 340. | | | | | Buy<br>(add'l) | 12/24/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 5/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 341. -Copart | | None | | | Sold | 03/18/20 | J | | |
| 342. -Corning | A | Dividend | J | T | Buy | 03/18/20 | J | | |
| 343. | | | | | Buy<br>(add'l) | 12/24/20 | J | | |
| 344. -Cortiva | A | Dividend | J | T | Buy | 02/26/20 | J | | |
| 345. | | | | | Buy<br>(add'l) | 03/18/20 | J | | |
| 346. | | | | | Sold<br>(part) | 04/30/20 | J | | |
| 347. | | | | | Buy<br>(add'l) | 10/20/20 | J | | |
| 348. | | | | | Buy<br>(add'l) | 12/07/20 | J | | |
| 349. | | | | | Buy<br>(add'l) | 12/24/20 | J | | |
| 350. -Costco Whlsl | A | Dividend | K | T | Sold<br>(part) | 04/30/20 | J | | |
| 351. | | | | | Buy<br>(add'l) | 12/07/20 | J | | |
| 352. | | | | | Buy<br>(add'l) | 12/24/20 | J | | |
| 353. -Coty Inc. Cl A | | None | | | Buy | 03/18/20 | J | | |
| 354. | | | | | Sold | 04/30/20 | J | | |
| 355. -Crown Castle Intl | A | Dividend | J | T | Buy<br>(add'l) | 12/07/20 | J | | |
| 356. | | | | | Sold<br>(part) | 12/24/20 | J | | |
| 357. -CSX | A | Dividend | J | T | Sold<br>(part) | 03/18/20 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 5/17/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. | | | | | Buy (add'l) | 10/20/20 | J | | |
| 359. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 360. | | | | | Buy (add'l) | 12/24/20 | J | | |
| 361. -Cummins | A | Dividend | J | T | Buy (add'l) | 12/24/20 | J | | |
| 362. -CVS Health | A | Dividend | J | T | Buy (add'l) | 12/07/20 | J | | |
| 363. | | | | | Buy (add'l) | 12/24/20 | J | | |
| 364. -Danaher | A | Dividend | K | T | Buy (add'l) | 12/24/20 | J | | |
| 365. -Darden Restraurants | | None | | | Sold | 03/18/20 | J | | |
| 366. -Davita | | None | J | T | Buy | 06/22/20 | J | | |
| 367. | | | | | Buy (add'l) | 12/24/20 | J | | |
| 368. -Deere & Co | A | Dividend | J | T | Buy (add'l) | 03/18/20 | J | | |
| 369. | | | | | Sold (part) | 04/30/20 | J | | |
| 370. | | | | | Buy (add'l) | 06/22/20 | J | | |
| 371. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 372. | | | | | Buy (add'l) | 12/24/20 | J | | |
| 373. -Delta Air Lines | | None | J | T | Buy | 02/26/20 | J | | |
| 374. | | | | | Sold | 03/18/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 5/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. | | | | | Buy | 04/30/20 | J | | |
| 376. | | | | | Buy (add'l) | 10/20/20 | J | | |
| 377. | | | | | Buy (add'l) | 12/24/20 | J | | |
| 378. -Devon Energy | | None | | | Buy | 02/26/20 | J | | |
| 379. | | | | | Sold | 03/18/20 | J | | |
| 380. -Dexcom | | None | | | Buy | 10/20/20 | J | | |
| 381. | | | | | Sold | 12/07/20 | J | | |
| 382. -Diamondback Energy | | None | | | Buy | 02/26/20 | J | | |
| 383. | | | | | Sold | 03/18/20 | J | | |
| 384. | | | | | Buy | 09/10/20 | J | | |
| 385. | | | | | Sold | 10/20/20 | J | | |
| 386. -Digital Realty REITS | A | Dividend | J | T | Buy | 03/18/20 | J | | |
| 387. | | | | | Buy (add'l) | 12/24/20 | J | | |
| 388. -Discover Finl Svcs | A | Dividend | J | T | Buy | 03/18/20 | J | | |
| 389. -Discovery New Cl C | | None | | | Sold | 03/18/20 | J | | |
| 390. -Dish Network | | None | | | Sold | 03/18/20 | J | | |
| 391. | | | | | Buy | 04/30/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 5/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 392. | | | | | Sold | 10/20/20 | J | A | |
| 393.  -Disney Walt Co. | | None | K | T | Sold<br>(part) | 02/26/20 | J | | |
| 394. | | | | | Sold<br>(part) | 04/30/20 | J | | |
| 395. | | | | | Sold<br>(part) | 06/22/20 | J | | |
| 396. | | | | | Buy<br>(add'l) | 09/10/20 | J | | |
| 397. | | | | | Buy<br>(add'l) | 10/20/20 | J | | |
| 398. | | | | | Buy<br>(add'l) | 12/07/20 | J | | |
| 399. | | | | | Buy<br>(add'l) | 12/24/20 | J | | |
| 400.  -D R Horton | A | Dividend | J | T | Sold<br>(part) | 03/18/20 | J | | |
| 401. | | | | | Buy<br>(add'l) | 04/30/20 | J | | |
| 402. | | | | | Buy<br>(add'l) | 10/20/20 | J | | |
| 403. | | | | | Buy<br>(add'l) | 12/24/20 | J | | |
| 404.  -Dollar Gen. | A | Dividend | J | T | Buy<br>(add'l) | 10/20/20 | J | | |
| 405. | | | | | Sold<br>(part) | 12/07/20 | J | | |
| 406.  -Dollar Tree | | None | | | Buy | 02/26/20 | J | | |
| 407. | | | | | Sold | 04/30/20 | J | | |
| 408. | | | | | Buy | 06/22/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 5/17/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 409. | | | | | Sold | 09/10/20 | J | | |
| 410.  -Dominion Energy | | None | | | Buy<br>(add'l) | 03/18/20 | J | | |
| 411. | | | | | Sold | 09/10/20 | J | | |
| 412. | | | | | Buy | 10/20/20 | J | | |
| 413. | | | | | Buy<br>(add'l) | 12/07/20 | J | | |
| 414. | | | | | Sold | 12/24/20 | J | | |
| 415.  -Dow | A | Dividend | J | T | Sold<br>(part) | 02/26/20 | J | | |
| 416. | | | | | Sold<br>(part) | 03/18/20 | J | | |
| 417. | | | | | Buy<br>(add'l) | 04/30/20 | J | | |
| 418. | | | | | Buy<br>(add'l) | 10/20/20 | J | | |
| 419. | | | | | Buy<br>(add'l) | 12/07/20 | J | | |
| 420. | | | | | Buy<br>(add'l) | 12/24/20 | J | | |
| 421.  -DTE Energy | A | Dividend | J | T | Sold<br>(part) | 03/18/20 | J | | |
| 422. | | | | | Buy<br>(add'l) | 04/30/20 | J | | |
| 423. | | | | | Buy<br>(add'l) | 12/07/20 | J | | |
| 424. | | | | | Sold<br>(part) | 12/24/20 | J | | |
| 425.  -Duke Energy | | None | | | Buy<br>(add'l) | 02/26/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 5/17/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. | | | | | Sold | 06/22/20 | J | | |
| 427. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 428. | | | | | Sold | 12/24/20 | J | | |
| 429.  -Duke Realty | A | Dividend | J | T | Buy (add'l) | 10/20/20 | J | | |
| 430. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 431.  -Dupont | A | Dividend | J | T | Buy | 02/26/20 | J | | |
| 432. | | | | | Sold | 03/18/20 | J | | |
| 433. | | | | | Buy | 04/30/20 | J | | |
| 434. | | | | | Buy (add'l) | 09/10/20 | J | | |
| 435. | | | | | Buy (add'l) | 10/20/20 | J | | |
| 436. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 437. | | | | | Buy (add'l) | 12/24/20 | J | | |
| 438.  -DXC Technology | | None | | | Sold | 03/18/20 | J | | |
| 439.  -E Trade Finl | | None | J | T | Buy | 03/18/20 | J | | |
| 440.  -Eastman Chem | | None | | | Sold | 03/18/20 | J | | |
| 441.  -Eaton Corp PLC | A | Dividend | J | T | Buy (add'l) | 12/07/20 | J | | |
| 442.  -Ebay | A | Dividend | J | T | Sold (part) | 04/30/20 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less  F =$50,001 - $100,000 | B =$1,001 - $2,500  G =$100,001 - $1,000,000 | C =$2,501 - $5,000  H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000  H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less  N =$250,001 - $500,000  P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000  O =$500,001 - $1,000,000 | L =$50,001 - $100,000  P1 =$1,000,001 - $5,000,000  P4 =More than $50,000,000 | M =$100,001 - $250,000  P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal  U =Book Value | R =Cost (Real Estate Only)  V =Other | S =Assessment  W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Drain, Robert D.** | 5/17/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. | | | | | Buy (add'l) | 12/24/20 | J | | |
| 444.  -Ecolab | A | Dividend | J | T | Buy | 04/30/20 | J | | |
| 445. | | | | | Buy (add'l) | 10/20/20 | J | | |
| 446. | | | | | Buy (add'l) | 12/24/20 | J | | |
| 447.  -Edison Intll | A | Dividend | J | T | Buy | 03/18/20 | J | | |
| 448. | | | | | Buy (add'l) | 06/22/20 | J | | |
| 449. | | | | | Sold (part) | 09/10/20 | J | | |
| 450. | | | | | Buy (add'l) | 10/20/20 | J | | |
| 451. | | | | | Buy (add'l) | 12/24/20 | J | | |
| 452.  -Edwards Life Sciences | | None | | | Sold (part) | 03/18/20 | J | | |
| 453. | | | | | Buy (add'l) | 04/30/20 | J | | |
| 454. | | | | | Sold | 06/22/20 | J | | |
| 455. | | | | | Buy | 10/20/20 | J | | |
| 456. | | | | | Sold | 12/07/20 | J | | |
| 457.  -Electronic Arts | A | Dividend | J | T | Buy (add'l) | 12/07/20 | J | | |
| 458. | | | | | Buy (add'l) | 12/24/20 | J | | |
| 459.  -Emerson Elec | A | Dividend | J | T | Buy (add'l) | 03/18/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 5/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. | | | | | Sold (part) | 04/30/20 | J | | |
| 461. | | | | | Buy (add'l) | 12/24/20 | J | | |
| 462. -Entergy | | None | | | Sold | 06/22/20 | J | | |
| 463. -EOG Res | A | Dividend | K | T | Sold (part) | 03/18/20 | J | | |
| 464. | | | | | Buy (add'l) | 09/10/20 | J | | |
| 465. | | | | | Sold (part) | 10/20/20 | J | | |
| 466. | | | | | Buy (add'l) | 12/24/20 | J | | |
| 467. -Equifax | A | Dividend | J | T | Buy (add'l) | 12/24/20 | J | | |
| 468. -Equinix REITS | | None | | | Buy | 10/20/20 | J | | |
| 469. | | | | | Sold | 12/07/20 | J | | |
| 470. -Equity Residential | A | Dividend | J | T | Sold (part) | 10/20/20 | J | | |
| 471. | | | | | Buy (add'l) | 12/24/20 | J | | |
| 472. -Eversource Energy | A | Dividend | J | T | Buy (add'l) | 12/24/20 | J | | |
| 473. -Exelon | A | Dividend | J | T | Buy | 03/18/20 | J | | |
| 474. | | | | | Buy (add'l) | 06/22/20 | J | | |
| 475. | | | | | Sold (part) | 09/10/20 | J | | |
| 476. | | | | | Buy (add'l) | 10/20/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Drain, Robert D.** | 5/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 477. | | | | | Buy<br>(add'l) | 12/07/20 | J | | |
| 478. | | | | | Buy<br>(add'l) | 12/24/20 | J | | |
| 479. -Expeditors Intl | A | Dividend | J | T | | | | | |
| 480. -Extra Space Storage | | None | | | Sold | 04/30/20 | J | | |
| 481. -Exxon Mobil | B | Dividend | J | T | Sold<br>(part) | 02/26/20 | J | | |
| 482. | | | | | Buy<br>(add'l) | 06/22/20 | J | | |
| 483. | | | | | Sold<br>(part) | 09/10/20 | J | | |
| 484. | | | | | Buy<br>(add'l) | 10/20/20 | J | | |
| 485. | | | | | Buy<br>(add'l) | 12/24/20 | J | | |
| 486. FMC Corp. | | None | J | T | Buy | 12/24/20 | J | | |
| 487. -F5 Networks | | None | | | Sold | 02/26/20 | J | | |
| 488. -Facebook Cl A | | None | L | T | Sold<br>(part) | 04/30/20 | J | | |
| 489. | | | | | Buy<br>(add'l) | 10/20/20 | J | | |
| 490. | | | | | Buy<br>(add'l) | 12/07/20 | J | | |
| 491. | | | | | Buy<br>(add'l) | 12/24/20 | J | | |
| 492. -Fastenal | A | Dividend | J | T | Buy<br>(add'l) | 12/24/20 | J | | |
| 493. -Federal Realty Inv. | | None | | | Sold | 02/26/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 5/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 494. | | | | | Buy | 04/30/20 | J | | |
| 495. | | | | | Sold | 10/20/20 | J | | |
| 496. -Fedex | A | Dividend | J | T | Buy | 02/26/20 | J | | |
| 497. | | | | | Sold | 03/18/20 | J | | |
| 498. | | | | | Buy | 04/30/20 | J | | |
| 499. | | | | | Buy<br>(add'l) | 10/20/20 | J | | |
| 500. | | | | | Sold<br>(part) | 12/24/20 | J | | |
| 501. -Fidelity Nat'l Information Svcs | A | Dividend | | | Sold | 04/30/20 | J | | |
| 502. | | | J | T | Buy | 10/20/20 | J | | |
| 503. | | | | | Buy<br>(add'l) | 12/07/20 | J | | |
| 504. | | | | | Sold<br>(part) | 12/24/20 | J | | |
| 505. -Fifth Third Bancorp | A | Dividend | J | T | Buy | 03/18/20 | J | | |
| 506. | | | | | Sold<br>(part) | 04/30/20 | J | A | |
| 507. -First Rep. Bk San Francisco | A | Dividend | J | T | Buy | 03/18/20 | J | | |
| 508. | | | | | Buy<br>(add'l) | 12/07/20 | J | | |
| 509. | | | | | Buy<br>(add'l) | 12/24/20 | J | | |
| 510. -FirstEnergy | | None | | | Sold | 06/22/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Drain, Robert D.** | 5/17/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 511. | | | | | Buy | 10/20/20 | J | | |
| 512. | | | | | Sold | 12/07/20 | J | | |
| 513.  -Fiserv | None | | J | T | Sold<br>(part) | 04/30/20 | J | | |
| 514. | | | | | Sold<br>(part) | 06/22/20 | J | | |
| 515. | | | | | Buy<br>(add'l) | 10/20/20 | J | | |
| 516. | | | | | Buy<br>(add'l) | 12/07/20 | J | | |
| 517. | | | | | Buy<br>(add'l) | 12/24/20 | J | | |
| 518.  -Flowserve | None | | | | Sold | 03/18/20 | J | | |
| 519.  -FMC Corp | None | | J | T | Buy | 12/24/20 | J | | |
| 520.  -Ford Motor | None | | J | T | Sold<br>(part) | 02/26/20 | J | | |
| 521. | | | | | Buy<br>(add'l) | 10/20/20 | J | | |
| 522. | | | | | Buy<br>(add'l) | 12/07/20 | J | | |
| 523. | | | | | Buy<br>(add'l) | 12/24/20 | J | | |
| 524.  -Fortive | A | Dividend | J | T | Buy<br>(add'l) | 03/18/20 | J | | |
| 525. | | | | | Buy<br>(add'l) | 06/22/20 | J | | |
| 526. | | | | | Buy<br>(add'l) | 12/07/20 | J | | |
| 527. | | | | | Buy<br>(add'l) | 12/24/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 5/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 528. -Fortune Brands Home & Sec | | None | | | Sold | 04/30/20 | J | | |
| 529. -Fox Corp Cl A | | None | | | Buy | 06/22/20 | J | | |
| 530. | | | | | Sold | 09/10/20 | J | | |
| 531. -Franklin Res. | | None | | | Buy | 02/26/20 | J | | |
| 532. | | | | | Sold | 03/18/20 | J | | |
| 533. -Freeport-McMoran | | None | J | T | Buy | 03/18/20 | J | | |
| 534. | | | | | Buy<br>(add'l) | 10/20/20 | J | | |
| 535. | | | | | Buy<br>(add'l) | 12/07/20 | J | | |
| 536. -GAP | | None | J | T | Buy | 03/18/20 | J | | |
| 537. -Gen. Dynamics | A | Dividend | J | T | Buy<br>(add'l) | 10/20/20 | J | | |
| 538. | | | | | Buy<br>(add'l) | 12/24/20 | J | | |
| 539. -Gen. Elec. | A | Dividend | J | T | Sold<br>(part) | 03/18/20 | J | | |
| 540. | | | | | Sold<br>(part) | 04/30/20 | J | | |
| 541. | | | | | Buy<br>(add'l) | 06/22/20 | J | | |
| 542. | | | | | Sold<br>(part) | 09/10/20 | J | | |
| 543. | | | | | Buy<br>(add'l) | 10/20/20 | J | | |
| 544. | | | | | Buy<br>(add'l) | 12/07/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 5/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. | | | | | Buy (add'l) | 12/24/20 | J | | |
| 546. Gen'l Mls | A | Dividend | J | T | Buy | 02/26/20 | J | | |
| 547. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 548. | | | | | Buy (add'l) | 12/24/20 | J | | |
| 549. -Gen'l Motors | A | Dividend | J | T | Buy (add'l) | 02/26/20 | J | | |
| 550. | | | | | Sold (part) | 03/18/20 | J | | |
| 551. | | | | | Buy (add'l) | 06/22/20 | J | | |
| 552. | | | | | Buy (add'l) | 10/20/20 | J | | |
| 553. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 554. | | | | | Buy (add'l) | 12/24/20 | J | | |
| 555. -Genuine Parts | | None | | | Buy | 02/26/20 | J | | |
| 556. | | | | | Sold | 03/18/20 | J | | |
| 557. -Gilead Sciences | | None | | | Buy | 02/26/20 | J | | |
| 558. | | | | | Sold (part) | 04/30/20 | J | | |
| 559. | | | | | Sold (part) | 09/10/20 | J | | |
| 560. | | | | | Buy (add'l) | 10/20/20 | J | | |
| 561. | | | | | Sold | 12/24/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 5/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562.  -Global Payments | A | Dividend | J | T | Buy (add'l) | 12/07/20 | J | | |
| 563. | | | | | Buy (add'l) | 12/24/20 | J | | |
| 564.  -Goldman Sachs Grp. | A | Dividend | J | T | Buy (add'l) | 03/18/20 | J | | |
| 565. | | | | | Sold (part) | 04/30/20 | J | | |
| 566. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 567. | | | | | Buy (add'l) | 12/24/20 | J | | |
| 568.  -Halliberton | | None | | | Buy (add'l) | 02/26/20 | J | | |
| 569. | | | | | Sold | 03/18/20 | J | | |
| 570. | | | | | Buy | 09/10/20 | J | | |
| 571. | | | | | Sold | 10/20/20 | J | | |
| 572.  -Hanesbrands | | None | | | Buy | 02/26/20 | J | | |
| 573. | | | | | Sold | 03/18/20 | J | | |
| 574.  -Harley Davidson | A | None | | | Sold | 02/26/20 | J | | |
| 575.  -Hartford Finl Svcs | A | Dividend | J | T | Buy | 03/18/20 | J | | |
| 576.  -Hasbro | A | Dividend | J | T | Buy | 03/18/20 | J | | |
| 577. | | | | | Buy (add'l) | 12/24/20 | J | | |
| 578.  -HCA Hldgs | A | Dividend | | | Sold | 02/26/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 5/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. | | | | | Buy | 04/30/20 | J | | |
| 580. | | | | | Sold | 06/22/20 | J | | |
| 581. | | | J | T | Buy | 12/07/20 | J | | |
| 582. | | | | | Buy (add'l) | 12/24/20 | J | | |
| 583. -Healthpeack Pptys f/k/a/ HCP REIT | | None | | | Sold | 03/18/20 | J | | |
| 584. | | | | | Buy | 04/30/20 | J | | |
| 585. | | | | | Sold | 10/20/20 | J | A | |
| 586. -Helmerich & Payne | | None | | | Buy (add'l) | 02/26/20 | J | | |
| 587. | | | | | Sold | 03/18/20 | J | | |
| 588. -Hershey | A | Dividend | J | T | Buy | 06/22/20 | J | | |
| 589. | | | | | Buy (add'l) | 12/24/20 | J | | |
| 590. -Hess Corp. | | None | | | Sold | 02/26/20 | J | | |
| 591. -Hewlett Packard Ent | | None | | | Sold | 02/26/20 | J | A | |
| 592. | | | | | Buy | 09/10/20 | J | | |
| 593. | | | | | Sold | 10/20/20 | J | A | |
| 594. -Hilton Worldwide | A | Dividend | | | Sold | 03/18/20 | J | | |
| 595. | | | J | T | Buy | 06/22/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Drain, Robert D.** | 5/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 596. | | | | | Buy<br>(add'l) | 10/20/20 | J | | |
| 597. | | | | | Buy<br>(add'l) | 12/24/20 | J | | |
| 598.  -HollyFrontier | | None | | | Buy | 02/26/20 | J | | |
| 599. | | | | | Sold | 03/18/20 | J | | |
| 600. | | | | | Buy | 09/10/20 | J | | |
| 601. | | | | | Sold | 10/20/20 | J | | |
| 602.  -Home Depot | A | Dividend | K | T | Buy<br>(add'l) | 02/26/20 | J | | |
| 603. | | | | | Buy<br>(add'l) | 03/18/20 | J | | |
| 604. | | | | | Sold<br>(part) | 04/30/20 | J | | |
| 605. | | | | | Buy<br>(add'l) | 06/22/20 | J | | |
| 606. | | | | | Buy<br>(add'l) | 10/20/20 | J | | |
| 607. | | | | | Buy<br>(add'l) | 12/07/20 | J | | |
| 608.  -Honeywell | B | Dividend | M | T | Buy<br>(add'l) | 02/26/20 | J | | |
| 609. | | | | | Buy<br>(add'l) | 03/18/20 | J | | |
| 610. | | | | | Sold<br>(part) | 04/30/20 | J | | |
| 611. | | | | | Buy<br>(add'l) | 06/22/20 | J | | |
| 612. | | | | | Buy<br>(add'l) | 10/20/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 5/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 614.  -Hormel Foods | | None | | | Sold | 02/26/20 | J | | |
| 615.  -Host Hotels & Resorts | | None | | | Buy (add'l) | 02/26/20 | J | | |
| 616. | | | | | Sold | 03/18/20 | J | | |
| 617.  -HP Inc. | A | Dividend | J | T | Buy | 03/18/20 | J | | |
| 618. | | | | | Buy (add'l) | 06/22/20 | J | | |
| 619. | | | | | Buy (add'l) | 10/20/20 | J | | |
| 620. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 621. | | | | | Buy (add'l) | 12/24/20 | J | | |
| 622.  -Humana | | None | | | Buy | 10/20/20 | J | | |
| 623. | | | | | Sold | 12/07/20 | J | | |
| 624.  -Hunt JB Trans. | | None | | | Sold | 02/26/20 | J | | |
| 625.  -Huntington Bancshares | | None | | | Sold (part) | 02/26/20 | J | | |
| 626. | | | | | Sold | 03/18/20 | J | | |
| 627. | | | | | Buy | 09/10/20 | J | | |
| 628. | | | | | Sold | 10/20/20 | J | | |
| 629.  -Idexx Labs | | None | J | T | Buy (add'l) | 12/07/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Drain, Robert D.** | 5/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630.  -IHS Markit Ltd | | None | J | T | Buy (add'l) | 12/07/20 | J | | |
| 631.  -Illinois Tool Wks | A | Dividend | J | T | Buy (add'l) | 03/18/20 | J | | |
| 632. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 633. | | | | | Sold (part) | 12/24/20 | J | | |
| 634.  -Illumina | | None | | | Sold | 02/26/20 | J | | |
| 635. | | | J | T | Buy | 10/20/20 | J | | |
| 636.  -Ingersoll-Rand | | None | J | T | Buy (add'l) | 03/18/20 | J | | |
| 637. | | | | | Buy (add'l) | 10/20/20 | J | | |
| 638. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 639. | | | | | Buy (add'l) | 12/24/20 | J | | |
| 640.  -Intel | A | Dividend | J | T | Sold (part) | 09/10/20 | J | | |
| 641. | | | | | Buy (add'l) | 10/20/20 | J | | |
| 642. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 643. | | | | | Sold (part) | 12/24/20 | J | | |
| 644.  -Intercontinental Exchange | A | Dividend | K | T | Sold (part) | 02/26/20 | J | A | |
| 645. | | | | | Buy (add'l) | 06/22/20 | J | | |
| 646. | | | | | Buy (add'l) | 12/07/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 5/17/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 647.  -IBM | A | Dividend | J | T | Buy | 02/26/20 | J | | |
| 648. | | | | | Sold | 03/18/20 | J | | |
| 649. | | | | | Buy | 04/30/20 | J | | |
| 650. | | | | | Sold | 06/22/20 | J | | |
| 651. | | | | | Buy | 09/10/20 | J | | |
| 652. | | | | | Buy<br>(add'l) | 10/20/20 | J | | |
| 653. | | | | | Buy<br>(add'l) | 12/07/20 | J | | |
| 654. | | | | | Buy<br>(add'l) | 12/24/20 | J | | |
| 655.  -International Flavors & Fragrance | A | Dividend | | | Sold | 10/20/20 | J | | |
| 656.  -International Paper | A | Dividend | J | T | Buy | 03/18/20 | J | | |
| 657. | | | | | Buy<br>(add'l) | 12/24/20 | J | | |
| 658.  -Interpublic Grp. | A | Dividend | J | T | Buy | 03/18/20 | J | | |
| 659. | | | | | Buy<br>(add'l) | 12/24/20 | J | | |
| 660.  -Intuit | A | Dividend | J | T | Buy<br>(add'l) | 12/07/20 | J | | |
| 661.  -Intuitive Surgical | | None | J | T | Sold<br>(part) | 04/30/20 | J | | |
| 662. | | | | | Buy<br>(add'l) | 10/20/20 | J | | |
| 663.  -Invesco | | None | | | Sold | 03/18/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 5/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 664.  -Iiqvia Hldgs. | | None | J | T | Buy | 10/20/20 | J | | |
| 665. | | | | | Buy<br>(add'l) | 12/07/20 | J | | |
| 666.  -Iron Mountain | | None | | | Buy<br>(add'l) | 02/26/20 | J | | |
| 667. | | | | | Sold | 04/30/20 | J | | |
| 668.  -Jacobs Engr. Grp. | A | Dividend | J | T | Buy<br>(add'l) | 03/18/20 | J | | |
| 669. | | | | | Buy<br>(add'l) | 10/20/20 | J | | |
| 670.  -Johnson & Johnson | A | Dividend | K | T | Buy<br>(add'l) | 06/22/20 | J | | |
| 671. | | | | | Sold<br>(part) | 09/10/20 | J | A | |
| 672. | | | | | Buy<br>(add'l) | 10/20/20 | J | | |
| 673. | | | | | Buy<br>(add'l) | 12/07/20 | J | | |
| 674. | | | | | Buy<br>(add'l) | 12/24/20 | J | | |
| 675.  -Johnson Controls | A | Dividend | J | T | Buy<br>(add'l) | 02/26/20 | J | | |
| 676. | | | | | Buy<br>(add'l) | 03/18/20 | J | | |
| 677. | | | | | Sold<br>(part) | 04/30/20 | J | | |
| 678. | | | | | Buy<br>(add'l) | 10/20/20 | J | | |
| 679. | | | | | Buy<br>(add'l) | 12/24/20 | J | | |
| 680.  -JPMorgan Chase | A | Dividend | K | T | Buy<br>(add'l) | 03/18/20 | J | | |

| | | | | |
|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 5/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 681. | | | | | Sold (part) | 04/30/20 | J | | |
| 682. | | | | | Sold (part) | 06/22/20 | J | | |
| 683. | | | | | Buy (add'l) | 09/10/20 | J | | |
| 684. | | | | | Buy (add'l) | 10/20/20 | J | | |
| 685. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 686. | | | | | Buy (add'l) | 12/24/20 | J | | |
| 687. -Juniper Networks | | None | | | Buy | 02/26/20 | J | | |
| 688. | | | | | Sold | 09/10/20 | J | | |
| 689. -Kansas City Southern | A | Dividend | J | T | | | | | |
| 690. -Kellogg Co. | | None | | | Sold (part) | 02/26/20 | J | | |
| 691. | | | | | Sold | 12/07/20 | J | | |
| 692. -Keycorp New | | None | | | Sold | 03/18/20 | J | | |
| 693. | | | | | Buy | 09/10/20 | J | | |
| 694. | | | | | Sold | 10/20/20 | J | A | |
| 695. -Keysight Technologies | | None | | | Buy (add'l) | 12/07/20 | J | | |
| 696. -Kimberly Clark | | None | J | T | Buy (add'l) | 06/22/20 | J | | |
| 697. | | | | | Sold (part) | 12/07/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 5/17/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 698.  -Kimco Realty | | None | | | Sold | 02/26/20 | J | | |
| 699. | | | | | Buy | 09/10/20 | J | | |
| 700. | | | | | Sold | 10/20/20 | J | | |
| 701.  -Kinder Morgan | | None | | | Buy | 02/26/20 | J | | |
| 702. | | | | | Sold | 03/18/20 | J | | |
| 703. | | | | | Buy | 04/30/20 | J | | |
| 704. | | | | | Sold | 09/10/20 | J | | |
| 705.  -KLA-Tencor | A | Dividend | | | Sold | 02/26/20 | J | | |
| 706. | | | J | T | Buy | 10/20/20 | J | | |
| 707.  -Kohls | | None | | | Sold | 02/26/20 | J | | |
| 708.  -Kraft Heinz | | None | J | T | Buy<br>(add'l) | 02/26/20 | J | | |
| 709. | | | | | Buy<br>(add'l) | 03/18/20 | J | | |
| 710. | | | | | Sold | 04/30/20 | J | A | |
| 711. | | | | | Buy | 12/24/20 | J | | |
| 712.  -Kroger | | None | | | Buy<br>(add'l) | 02/26/20 | J | | |
| 713. | | | | | Sold<br>(part) | 04/30/20 | J | | |
| 714. | | | | | Buy<br>(add'l) | 10/20/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 5/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 715. | | | | | Sold<br>(part) | 12/07/20 | J | | |
| 716. | | | | | Sold | 12/24/20 | J | A | |
| 717. -L Brands | | None | | | Sold | 03/18/20 | J | | |
| 718. -L3Harris Technologies | A | Dividend | J | T | Buy | 03/18/20 | J | | |
| 719. -Laboratory Corp Am. Hldgs | | None | J | T | | | | | |
| 720. -Lam Research | A | Dividend | J | T | | | | | |
| 721. -Lamb Weston Hldgs | | | | | Sold | 03/18/20 | J | | |
| 722. -Las Vegas Sands | | None | | | Buy<br>(add'l) | 03/18/20 | J | | |
| 723. | | | | | Sold<br>(part) | 04/30/20 | J | | |
| 724. | | | | | Buy<br>(add'l) | 06/22/20 | J | | |
| 725. | | | | | Sold | 10/20/20 | J | A | |
| 726. -Lauder Estee Cos. | A | Dividend | J | T | Sold<br>(part) | 04/30/20 | J | | |
| 727. | | | | | Buy<br>(add'l) | 06/22/20 | J | | |
| 728. | | | | | Buy<br>(add'l) | 12/07/20 | J | | |
| 729. -Leggett & Platt | A | Dividend | J | T | Buy | 03/18/20 | J | | |
| 730. -Leidos Hldgs | A | Dividend | J | T | | | | | |
| 731. -Lennar | A | Dividend | J | T | Sold<br>(part) | 03/18/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 5/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 732. | | | | | Buy (add'l) | 04/30/20 | J | | |
| 733. | | | | | Buy (add'l) | 12/24/20 | J | | |
| 734.  -Lilly Eli & Co | A | Dividend | J | T | Buy (add'l) | 02/26/20 | J | | |
| 735. | | | | | Buy (add'l) | 06/22/20 | J | | |
| 736. | | | | | Sold (part) | 09/10/20 | J | | |
| 737. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 738. | | | | | Buy (add'l) | 12/24/20 | J | | |
| 739.  -Lincoln Nat'l | | None | | | Sold | 03/18/20 | J | | |
| 740.  -Linde PLC | A | Dividend | J | T | Buy (add'l) | 10/20/20 | J | | |
| 741. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 742.  -Live Nation Ent. | | None | J | T | Buy | 03/18/20 | J | | |
| 743. | | | | | Buy (add'l) | 12/24/20 | J | | |
| 744.  -LKQ | | | | | Buy | 03/18/20 | J | | |
| 745. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 746. | | | | | Sold (part) | 12/24/20 | J | | |
| 747.  -Lockhead Martin | | None | | | Buy (add'l) | 06/22/20 | J | | |
| 748. | | | | | Sold (part) | 09/10/20 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Drain, Robert D.** | 5/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 749. | | | | | Sold | 12/07/20 | J | | |
| 750.  -Lowes Corp. | | None | | | Buy | 03/18/20 | J | | |
| 751. | | | | | Sold (part) | 04/30/20 | J | | |
| 752. | | | | | Sold | 06/22/20 | J | | |
| 753.  -Lowes Cos. | A | Dividend | J | T | Sold (part) | 03/18/20 | J | | |
| 754. | | | | | Buy (add'l) | 04/30/20 | J | | |
| 755. | | | | | Buy (add'l) | 10/20/20 | J | | |
| 756.  -Lumen Technologies | | None | | | Buy | 02/26/20 | J | | |
| 757. | | | | | Buy (add'l) | 03/18/20 | J | | |
| 758. | | | | | Sold (part) | 04/30/20 | J | | |
| 759. | | | | | Sold | 10/20/20 | J | | |
| 760.  -LyondellBassel | | None | | | Sold (part) | 02/26/20 | J | | |
| 761. | | | | | Sold | 03/18/20 | J | | |
| 762.  - M&T Bk Corp. | | None | | | Buy | 02/26/20 | J | | |
| 763. | | | | | Sold | 03/18/20 | J | | |
| 764. | | | | | Buy | 06/22/20 | J | | |
| 765. | | | | | Sold | 09/10/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 5/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 766.  -Macerich | | None | | | Sold | 02/26/20 | J | | |
| 767.  -Macy's | | None | | | Sold | 03/18/20 | J | | |
| 768.  -Marathon Oil | | None | | | Buy | 02/26/20 | J | | |
| 769. | | | | | Sold | 03/18/20 | J | | |
| 770. | | | | | Buy | 09/10/20 | J | | |
| 771. | | | | | Sold | 10/20/20 | J | | |
| 772.  -Marathon Pete | A | Dividend | J | T | Sold (part) | 02/26/20 | J | | |
| 773. | | | | | Sold | 03/18/20 | J | | |
| 774. | | | | | Buy | 04/30/20 | J | | |
| 775. | | | | | Buy (add'l) | 10/20/20 | J | | |
| 776. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 777. | | | | | Buy (add'l) | 12/24/20 | J | | |
| 778.  -Marriott Intl Cl A | | None | | | Buy | 06/22/20 | J | | |
| 779. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 780. | | | | | Sold | 12/24/20 | J | A | |
| 781.  -Marsh & McLennan Cos. | A | Dividend | J | T | Buy (add'l) | 04/30/20 | J | | |
| 782. | | | | | Buy (add'l) | 06/22/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 5/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 783. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 784.  -Martin Marietta Matls | | None | | | Sold | 02/26/20 | J | | |
| 785. | | | J | T | Buy | 12/24/20 | J | | |
| 786.  -Masco | A | Dividend | J | T | Buy (add'l) | 12/07/20 | J | | |
| 787.  -Mastercard | A | Dividend | L | T | Buy (add'l) | 10/20/20 | J | | |
| 788. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 789. | | | | | Buy (add'l) | 12/24/20 | J | | |
| 790.  -Maxim Integreated Prods. | | None | J | T | Buy | 03/18/20 | J | | |
| 791. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 792. | | | | | Buy (add'l) | 12/24/20 | J | | |
| 793.  -McCormick & Co | | None | | | Sold | 02/26/20 | J | | |
| 794.  -McDonalds | | None | | | Buy | 02/26/20 | J | | |
| 795. | | | | | Buy (add'l) | 03/18/20 | J | | |
| 796. | | | | | Sold (part) | 04/30/20 | J | | |
| 797. | | | | | Sold (part) | 06/22/20 | J | | |
| 798. | | | | | Buy (add'l) | 10/20/20 | J | | |
| 799. | | | | | Sold | 12/07/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 5/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 800.  -McKesson | A | Dividend | J | T | Buy | 02/26/20 | J | | |
| 801. | | | | | Sold | 03/18/20 | J | | |
| 802. | | | | | Buy | 06/22/20 | J | | |
| 803. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 804.  -Medtronic | A | Dividend | | | Sold | 03/18/20 | J | | |
| 805. | | | J | T | Buy | 04/30/20 | J | | |
| 806. | | | | | Sold | 06/22/20 | J | | |
| 807. | | | | | Buy | 09/10/20 | J | | |
| 808. | | | | | Buy (add'l) | 10/20/20 | J | | |
| 809. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 810.  -Merck & Co | A | Dividend | J | T | Sold (part) | 02/26/20 | J | | |
| 811. | | | | | Buy (add'l) | 04/30/20 | J | | |
| 812. | | | | | Sold (part) | 06/22/20 | J | | |
| 813. | | | | | Buy (add'l) | 09/10/20 | J | | |
| 814. | | | | | Buy (add'l) | 10/20/20 | J | | |
| 815. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 816. | | | | | Buy (add'l) | 12/24/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 5/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 817. -Metlife | A | Dividend | J | T | Sold (part) | 03/18/20 | J | | |
| 818. | | | | | Buy (add'l) | 06/22/20 | J | | |
| 819. | | | | | Sold (part) | 09/10/20 | J | | |
| 820. | | | | | Buy (add'l) | 12/24/20 | J | | |
| 821. -MFS Value FD Cl 1 | B | Int./Div. | M | T | | | | | |
| 822. -MGM Resorts | | None | J | T | Buy | 12/24/20 | J | | |
| 823. -Microchip Technology | A | Dividend | J | T | Sold (part) | 03/18/20 | J | | |
| 824. | | | | | Buy (add'l) | 04/30/20 | J | | |
| 825. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 826. -Micron Technology | | None | J | T | Buy (add'l) | 10/20/20 | J | | |
| 827. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 828. | | | | | Buy (add'l) | 12/24/20 | J | | |
| 829. -Microsoft Corp. | B | Dividend | M | T | Buy (add'l) | 10/20/20 | J | | |
| 830. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 831. | | | | | Buy (add'l) | 12/24/20 | J | | |
| 832. -Mid-Amer Apt Cmntys | | None | | | Sold | 04/30/20 | J | | |
| 833. -Molson Coors Brewing | | None | | | Buy | 03/18/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Drain, Robert D.** | 5/17/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 834. | | | | | Sold (part) | 06/22/20 | J | | |
| 835. | | | | | Buy (add'l) | 09/10/20 | J | | |
| 836. | | | | | Sold | 10/20/20 | J | | |
| 837.  -Mondelez Intl | | None | | | Buy | 02/26/20 | J | | |
| 838. | | | | | Sold (part) | 04/30/20 | J | | |
| 839. | | | | | Sold | 06/22/20 | J | | |
| 840. | | | | | Buy | 10/20/20 | J | | |
| 841. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 842. | | | | | Sold | 12/24/20 | J | | |
| 843.  -Monster Beverage | | None | J | T | Buy | 12/07/20 | J | | |
| 844. | | | | | Buy (add'l) | 12/24/20 | J | | |
| 845.  -Moodys | A | Dividend | J | T | Buy | 04/30/20 | J | | |
| 846. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 847.  -Morgan Stanley | A | Dividend | J | T | Buy (add'l) | 03/18/20 | J | | |
| 848. | | | | | Buy (add'l) | 12/24/20 | J | | |
| 849.  -Mosaic | A | Dividend | J | T | Buy | 03/18/20 | J | | |
| 850.  -MSCI | A | Dividend | J | T | Buy (add'l) | 03/18/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 5/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 851. -Mylan | | None | | | Sold (part) | 04/30/20 | J | | |
| 852. | | | | | Buy (add'l) | 06/22/20 | J | | |
| 853. | | | | | Sold (part) | 09/10/20 | J | | |
| 854. | | | | | Sold | 10/20/20 | J | | |
| 855. -Nasdaq | A | Dividend | J | T | | | | | |
| 856. -National Oilwell Varco | | None | | | Sold | 03/18/20 | J | | |
| 857. -Netapp | A | Dividend | J | T | Buy | 03/18/20 | J | | |
| 858. | | | | | Buy (add'l) | 10/20/20 | J | | |
| 859. -Netflix | | None | J | T | Buy (add'l) | 10/20/20 | J | | |
| 860. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 861. -Newell Rubbermaid | | None | | | Sold (part) | 03/18/20 | J | | |
| 862. | | | | | Sold | 04/30/20 | J | | |
| 863. -Newmont Mining | A | Dividend | J | T | Buy (add'l) | 12/07/20 | J | | |
| 864. | | | | | Buy (add'l) | 12/24/20 | J | | |
| 865. -News Corp. | | None | | | Buy | 03/18/20 | J | | |
| 866. | | | | | Sold | 04/30/20 | J | | |
| 867. -Nextera Energy | A | Dividend | J | T | Buy (add'l) | 06/22/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 5/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 868. | | | | | Buy (add'l) | 12/24/20 | J | | |
| 869.  -Nielsen Hldgs. | | None | | | Buy | 03/18/20 | J | | |
| 870. | | | | | Sold | 04/30/20 | J | | |
| 871.  -Nike Cl B | A | Dividend | J | T | Sold (part) | 03/18/20 | J | | |
| 872. | | | | | Buy (add'l) | 04/30/20 | J | | |
| 873. | | | | | Buy (add'l) | 10/20/20 | J | | |
| 874. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 875. | | | | | Buy (add'l) | 12/24/20 | J | | |
| 876.  -Nisource | | None | | | Buy (add'l) | 03/18/20 | J | | |
| 877. | | | | | Sold | 09/10/20 | J | | |
| 878.  -Noble Energy | | None | | | Buy | 02/26/20 | J | | |
| 879. | | | | | Sold | 03/18/20 | J | | |
| 880.  -Nordstrom | | None | | | Sold | 03/18/20 | J | | |
| 881.  -Norfolk Southern | A | Dividend | J | T | Buy | 03/18/20 | J | | |
| 882. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 883. | | | | | Sold (part) | 12/24/20 | J | A | |
| 884.  -Norther Tr | A | Dividend | J | T | Buy | 03/18/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 5/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 885. | | | | | Buy<br>(add'l) | 12/24/20 | J | | |
| 886.  -Northrop Grumman | | None | | | Buy | 02/26/20 | J | | |
| 887. | | | | | Sold | 06/22/20 | J | | |
| 888. | | | | | Buy | 09/10/20 | J | | |
| 889. | | | | | Sold | 10/20/20 | J | | |
| 890. | | | | | Buy | 12/07/20 | J | | |
| 891. | | | | | Sold | 12/24/20 | J | | |
| 892.  -NortonLifelock | | None | | | Sold | 02/26/20 | J | | |
| 893.  -Norwegian Cruise Line Hldgs | | None | | | Sold | 02/26/20 | J | | |
| 894.  -NRG Energy | | None | | | Sold<br>(part) | 02/26/20 | J | | |
| 895. | | | | | Sold | 06/22/20 | J | | |
| 896.  -Nucor | | None | | | Buy | 02/26/20 | J | | |
| 897. | | | | | Sold | 03/18/20 | J | | |
| 898.  -Nvidia | A | Dividend | J | T | Buy<br>(add'l) | 04/30/20 | J | | |
| 899. | | | | | Buy<br>(add'l) | 12/07/20 | J | | |
| 900.  -O'Reilly Automotive | | None | J | T | Buy | 06/22/20 | J | | |
| 901.  -Occidental Petroleum | | None | | | Buy | 02/26/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Drain, Robert D.** | 5/17/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 902. | | | | | Sold | 03/18/20 | J | | |
| 903. | | | | | Buy | 04/30/20 | J | | |
| 904. | | | | | Buy<br>(add'l) | 09/10/20 | J | | |
| 905. | | | | | Sold | 10/20/20 | J | | |
| 906.  -Omnicom Group | | None | | | Buy | 02/26/20 | J | | |
| 907. | | | | | Sold | 03/18/20 | J | | |
| 908. | | | | | Buy | 06/22/20 | J | | |
| 909. | | | | | Sold | 09/10/20 | J | | |
| 910.  -Oneok | | None | | | Buy<br>(add'l) | 02/26/20 | J | | |
| 911. | | | | | Sold | 03/18/20 | J | | |
| 912. | | | | | Buy | 04/30/20 | J | | |
| 913. | | | | | Sold | 09/10/20 | J | | |
| 914.  -Oracle | A | Dividend | J | T | Sold<br>(part) | 02/26/20 | J | | |
| 915. | | | | | Buy<br>(add'l) | 04/30/20 | J | | |
| 916. | | | | | Buy<br>(add'l) | 10/20/20 | J | | |
| 917. | | | | | Buy<br>(add'l) | 12/07/20 | J | | |
| 918. | | | | | Buy<br>(add'l) | 12/24/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 5/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 919. -Otis Worldwide | | None | | | Buy | 04/30/20 | J | | |
| 920. | | | | | Sold<br>(part) | 06/22/20 | J | A | |
| 921. | | | | | Buy<br>(add'l) | 10/20/20 | J | | |
| 922. | | | | | Buy | 12/07/20 | J | | |
| 923. | | | | | Sold | 12/24/20 | J | A | |
| 924. -Paccar | A | Dividend | J | T | Buy<br>(add'l) | 12/24/20 | J | | |
| 925. -Packaging Corp Amer | | None | | | Sold | 02/26/20 | J | A | |
| 926. -Parker Hannifin | A | Dividend | | | Sold | 03/18/20 | J | | |
| 927. | | | J | T | Buy | 04/30/20 | J | | |
| 928. -Paychex | | None | | | Sold | 03/18/20 | J | | |
| 929. -Paypal Hldgs. | | None | J | T | Buy<br>(add'l) | 12/07/20 | J | | |
| 930. | | | | | Buy<br>(add'l) | 12/24/20 | J | | |
| 931. -Peoples Utd Finl | | None | | | Buy | 02/26/20 | J | | |
| 932. | | | | | Sold<br>(part) | 03/18/20 | J | | |
| 933. | | | | | Sold | 04/30/20 | J | | |
| 934. -Pepsico | A | Dividend | J | T | Buy<br>(add'l) | 02/26/20 | J | | |
| 935. | | | | | Buy<br>(add'l) | 06/22/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 5/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 936. | | | | | Sold<br>(part) | 09/10/20 | J | | |
| 937. | | | | | Buy<br>(add'l) | 10/20/20 | J | | |
| 938. | | | | | Buy<br>(add'l) | 12/07/20 | J | | |
| 939. | | | | | Buy<br>(add'l) | 12/24/20 | J | | |
| 940.  -Perkinelmer | A | Dividend | J | T | Buy<br>(add'l) | 12/07/20 | J | | |
| 941.  -Perrigo | | None | | | Buy | 03/18/20 | J | | |
| 942. | | | | | Sold | 10/20/20 | J | | |
| 943.  -Pfizer | A | Dividend | J | T | Sold<br>(part) | 02/26/20 | J | | |
| 944. | | | | | Sold<br>(part) | 06/22/20 | J | | |
| 945. | | | | | Buy<br>(add'l) | 09/10/20 | J | | |
| 946. | | | | | Buy<br>(add'l) | 10/20/20 | J | | |
| 947. | | | | | Buy<br>(add'l) | 12/07/20 | J | | |
| 948.  -Philip Morris | A | Dividend | J | T | Buy<br>(add'l) | 03/18/20 | J | | |
| 949. | | | | | Sold<br>(part) | 06/22/20 | J | | |
| 950. | | | | | Buy<br>(add'l) | 10/20/20 | J | | |
| 951.  -Phillips 66 | A | Dividend | J | T | Sold<br>(part) | 02/26/20 | J | | |
| 952. | | | | | Buy<br>(add'l) | 04/30/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 5/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 953. | | | | | Sold<br>(part) | 09/10/20 | J | | |
| 954. | | | | | Buy<br>(add'l) | 12/24/20 | J | | |
| 955.  -Pinnacle Est Cap Corp. | | None | | | Buy | 06/22/20 | J | | |
| 956. | | | | | Sold | 09/10/20 | J | | |
| 957.  -Pioneer Nat Res | A | Dividend | J | T | Buy<br>(add'l) | 03/18/20 | J | | |
| 958. | | | | | Sold<br>(part) | 04/30/20 | J | A | |
| 959.  -PNC Finl Sys Grp | A | Dividend | J | T | Buy<br>(add'l) | 02/26/20 | J | | |
| 960. | | | | | Sold<br>(part) | 03/18/20 | J | | |
| 961. | | | | | Sold<br>(part) | 04/30/20 | J | | |
| 962. | | | | | Buy<br>(add'l) | 06/22/20 | J | | |
| 963. | | | | | Sold<br>(part) | 09/10/20 | J | | |
| 964. | | | | | Buy<br>(add'l) | 10/20/20 | J | | |
| 965.  -PPG Inds | | None | | | Sold | 03/18/20 | J | | |
| 966.  -PPL | | None | | | Sold<br>(part) | 03/18/20 | J | | |
| 967. | | | | | Sold<br>(part) | 04/30/20 | J | | |
| 968. | | | | | Buy<br>(add'l) | 06/22/20 | J | | |
| 969. | | | | | Buy<br>(add'l) | 10/20/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 5/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 970. | | | | | Sold | 12/07/20 | J | A | |
| 971. -Price T Rowe | A | Dividend | J | T | | | | | |
| 972. -Principal Finl Group | A | Dividend | J | T | Buy | 03/18/20 | J | | |
| 973. -Procter & Gamble | A | Dividend | J | T | Sold (part) | 02/26/20 | J | A | |
| 974. | | | | | Sold | 06/22/20 | J | | |
| 975. | | | | | Buy | 10/20/20 | J | | |
| 976. | | | | | Sold (part) | 12/07/20 | J | | |
| 977. -Progressive | A | Dividend | J | T | Buy (add'l) | 12/07/20 | J | | |
| 978. | | | | | Buy (add'l) | 12/24/20 | J | | |
| 979. -Prologis | A | Dividend | J | T | Buy (add'l) | 10/20/20 | J | | |
| 980. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 981. | | | | | Buy (add'l) | 12/24/20 | J | | |
| 982. -Prudential Finl Grp | A | Dividend | J | T | Sold (part) | 03/18/20 | J | | |
| 983. | | | | | Buy (add'l) | 06/22/20 | J | | |
| 984. | | | | | Buy (add'l) | 10/20/20 | J | | |
| 985. | | | | | Buy (add'l) | 12/24/20 | J | | |
| 986. -Public Storage REIT | A | Dividend | J | T | Buy | 06/22/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 5/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 987. -Public Svc Ent. Grp | | None | | | Sold | 03/18/20 | J | | |
| 988. | | | | | Buy | 04/30/20 | J | | |
| 989. | | | | | Sold | 06/22/20 | J | | |
| 990. -PulteGroup | A | Dividend | J | T | Buy (add'l) | 03/18/20 | J | | |
| 991. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 992. | | | | | Buy (add'l) | 12/24/20 | J | | |
| 993. -PVH | | None | J | T | Buy | 03/18/20 | J | | |
| 994. | | | | | Buy (add'l) | 04/30/20 | J | | |
| 995. | | | | | Buy (add'l) | 12/24/20 | J | | |
| 996. -Qualcom | A | Dividend | J | T | Buy (add'l) | 03/18/20 | J | | |
| 997. | | | | | Buy (add'l) | 10/20/20 | J | | |
| 998. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 999. | | | | | Buy (add'l) | 12/24/20 | J | | |
| 1000. -Qanta Svcs | A | Dividend | J | T | Buy | 03/18/20 | J | | |
| 1001. -Quest Diagnostics | | None | | | Buy | 06/22/20 | J | | |
| 1002. | | | | | Sold | 09/10/20 | J | | |
| 1003. -Ralph Lauren Cl A | A | Dividend | J | T | Buy | 03/18/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 5/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1004. | | | | | Buy (add'l) | 12/24/20 | J | | |
| 1005. -Raymond James Finl | | None | | | Sold | 04/30/20 | J | | |
| 1006. -Raytheon Technologies | A | Dividend | | | Sold | 04/30/20 | J | | |
| 1007. | | | | | Buy | 06/22/20 | J | | |
| 1008. | | | | | Sold | 09/10/20 | J | | |
| 1009. | | | J | T | Buy | 10/20/20 | J | | |
| 1010. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 1011. | | | | | Sold (part) | 12/24/20 | J | | |
| 1012. -Realty Income | | None | | | Sold | 04/30/20 | J | A | |
| 1013. -Regency Ctrs | | None | | | Buy | 03/18/20 | J | | |
| 1014. | | | | | Sold | 04/30/20 | J | | |
| 1015. -Regeneron Pharmaceuticals | | None | J | T | | | | | |
| 1016. -Regions Finl | A | Dividend | J | T | Buy (add'l) | 02/26/20 | J | | |
| 1017. | | | | | Sold (part) | 03/18/20 | J | | |
| 1018. | | | | | Buy | 09/10/20 | J | | |
| 1019. | | | | | Buy (add'l) | 10/20/20 | J | | |
| 1020. -Republic Svcs | A | Dividend | J | T | Buy | 06/22/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Drain, Robert D.** | 5/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1021. | | | | | Buy<br>(add'l) | 10/20/20 | J | | |
| 1022. | | | | | Buy<br>(add'l) | 12/24/20 | J | | |
| 1023. -Resmed | A | Dividend | J | T | | | | | |
| 1024. -Robert Half Intl | | None | | | Sold | 04/30/20 | J | | |
| 1025. -Rockwell Automation | A | Dividend | J | T | | | | | |
| 1026. -Roper Technologies | A | Dividend | J | T | | | | | |
| 1027. -Ross Stores | A | Dividend | | T | Sold | 03/18/20 | J | | |
| 1028. | | | | | Buy | 04/30/20 | J | | |
| 1029. | | | | | Sold | 06/22/20 | J | | |
| 1030. | | | J | T | Buy | 10/20/20 | J | | |
| 1031. | | | | | Buy<br>(add'l) | 12/24/20 | J | | |
| 1032. -S&P Global | A | Dividend | J | T | Buy | 04/30/20 | J | | |
| 1033. | | | | | Buy<br>(add'l) | 12/07/20 | J | | |
| 1034. -Salesforce Com. Inc. | | None | J | T | Sold | 04/30/20 | J | A | |
| 1035. | | | | | Buy | 10/20/20 | J | | |
| 1036. | | | | | Sold<br>(part) | 12/07/20 | J | | |
| 1037. -SBA Communications REITS | | None | | | Buy | 10/20/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Drain, Robert D.** | 5/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1038. | | | | | Sold | 12/07/20 | J | | |
| 1039. -Schein Henry | | None | | | Sold | 04/30/20 | J | | |
| 1040. | | | | | Buy | 06/22/20 | J | | |
| 1041. | | | | | Sold | 10/20/20 | J | A | |
| 1042. -Schlumberger Ltd. | A | Dividend | | | Sold | 02/26/20 | J | | |
| 1043. | | | J | T | Buy | 09/10/20 | J | | |
| 1044. | | | | | Sold | 10/20/20 | J | | |
| 1045. | | | | | Sold (part) | 12/24/20 | J | | |
| 1046. -Schwab Charles | A | Dividend | | | Sold | 02/26/20 | J | | |
| 1047. | | | | | Buy | 04/30/20 | J | | |
| 1048. | | | | | Sold | 06/22/20 | J | | |
| 1049. | | | J | T | Buy | 10/20/20 | J | | |
| 1050. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 1051. | | | | | Buy (add'l) | 12/24/20 | J | | |
| 1052. -Seagate Tech | A | Dividend | J | T | Buy | 03/18/20 | J | | |
| 1053. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 1054. | | | | | Buy (add'l) | 12/24/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 5/17/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1055. -Sealed Air | A | Dividend | J | T | Buy | 03/18/20 | J | | |
| 1056. | | | | | Buy (add'l) | 12/24/20 | J | | |
| 1057. -Sempra Energy | A | Dividend | | | Sold | 03/18/20 | J | | |
| 1058. | | | | | Buy | 04/30/20 | J | | |
| 1059. | | | | | Sold | 06/22/20 | J | | |
| 1060. | | | J | T | Buy | 12/24/20 | J | | |
| 1061. -Servicenow | A | Dividend | J | T | Buy | 10/20/20 | J | | |
| 1062. -Sherwin Williams | A | Dividend | | | Sold | 03/18/20 | J | | |
| 1063. | | | J | T | Buy | 12/07/20 | J | | |
| 1064. -Simon Pprty Grp | A | Dividend | | | Sold | 02/26/20 | J | | |
| 1065. | | | J | T | Buy | 04/30/20 | J | | |
| 1066. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 1067. | | | | | Sold (part) | 12/24/20 | J | A | |
| 1068. -Skyworks Solutions | A | Dividend | J | T | Buy (add'l) | 12/07/20 | J | | |
| 1069. -SL Green Rlty | | None | | | Sold | 03/18/20 | J | | |
| 1070. | | | | | Buy | 04/30/20 | J | | |
| 1071. | | | | | Sold | 09/10/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Drain, Robert D.** | 5/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1072. -Smith A O | | None | | | Sold | 02/26/20 | J | | |
| 1073. -Smucker | A | Dividend | J | T | | | | | |
| 1074. -Snap On | A | Dividend | J | T | Buy | 03/18/20 | J | | |
| 1075. -Sourthern | A | Dividend | J | T | Sold<br>(part) | 06/22/20 | J | | |
| 1076. | | | | | Buy<br>(add'l) | 10/20/20 | J | | |
| 1077. | | | | | Buy<br>(add'l) | 12/07/20 | J | | |
| 1078. | | | | | Sold<br>(part) | 12/24/20 | J | A | |
| 1079. -Southwest Airls | A | Dividend | J | T | Sold<br>(part) | 02/26/20 | J | | |
| 1080. | | | | | Sold<br>(part) | 03/18/20 | J | | |
| 1081. | | | | | Sold<br>(part) | 04/30/20 | J | | |
| 1082. | | | | | Buy<br>(add'l) | 06/22/20 | J | | |
| 1083. | | | | | Buy<br>(add'l) | 10/20/20 | J | | |
| 1084. | | | | | Buy<br>(add'l) | 12/07/20 | J | | |
| 1085. | | | | | Buy<br>(add'l) | 12/24/20 | J | | |
| 1086. -SPDR S&P Dividend ETF | C | Int./Div. | M | T | | | | | |
| 1087. -SPDR S&P 500 ETF | B | Int./Div. | L | T | | | | | |
| 1088. -Stanely Black & Decker | A | Dividend | | | Sold | 03/18/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 5/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1089. | | | J | T | Buy | 04/30/20 | J | | |
| 1090. -Starbucks | A | Dividend | K | T | Sold<br>(part) | 02/26/20 | J | | |
| 1091. | | | | | Sold<br>(part) | 03/18/20 | J | | |
| 1092. | | | | | Buy<br>(add'l) | 04/30/20 | J | | |
| 1093. | | | | | Sold<br>(part) | 06/22/20 | J | | |
| 1094. | | | | | Buy<br>(add'l) | 09/10/20 | J | | |
| 1095. | | | | | Buy<br>(add'l) | 10/20/20 | J | | |
| 1096. | | | | | Buy<br>(add'l) | 12/07/20 | J | | |
| 1097. | | | | | Buy<br>(add'l) | 12/24/20 | J | | |
| 1098. -State Str Corp | A | Dividend | J | T | Buy<br>(add'l) | 12/24/20 | J | | |
| 1099. -Stryker | A | Dividend | J | T | Buy | 02/26/20 | J | | |
| 1100. | | | | | Sold | 03/18/20 | J | | |
| 1101. | | | | | Buy<br>(add'l) | 04/30/20 | J | | |
| 1102. | | | | | Buy<br>(add'l) | 12/07/20 | J | | |
| 1103. -SVB Finl | | None | J | T | Buy | 03/18/20 | J | | |
| 1104. -Synchrony Finl | A | Dividend | J | T | Buy | 03/18/20 | J | | |
| 1105. | | | | | Buy<br>(add'l) | 12/24/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 5/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1106. -Sysco | A | Dividend | J | T | Sold (part) | 02/26/20 | J | | |
| 1107. | | | | | Sold | 03/18/20 | J | | |
| 1108. | | | | | Buy | 04/30/20 | J | | |
| 1109. | | | | | Sold | 06/22/20 | J | | |
| 1110. | | | | | Buy | 09/10/20 | J | | |
| 1111. | | | | | Buy (add'l) | 10/20/20 | J | | |
| 1112. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 1113. | | | | | Buy (add'l) | 12/24/20 | J | | |
| 1114. -Take-Two Interactive Software | | None | | | Sold | 02/26/20 | J | | |
| 1115. -Tapestry | A | Dividend | J | T | Buy | 03/18/20 | J | | |
| 1116. -Target | A | Dividend | J | T | Buy (add'l) | 12/07/20 | J | | |
| 1117. -TE Connectivity | | None | | | Sold | 02/26/20 | J | | |
| 1118. -Techipfmc | A | Dividend | J | T | Buy | 03/18/20 | J | | |
| 1119. | | | | | Sold (part) | 04/30/20 | J | A | |
| 1120. -Teladoc | A | Dividend | K | T | Sold (part) | 01/15/20 | J | C | |
| 1121. -Teleflex | A | Distribution | J | T | Buy | 12/24/20 | J | | |
| 1122. -Tesla Mtrs | | None | K | T | Buy | 12/24/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 5/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1123. -Texas Instr. | A | Dividend | J | T | Buy (add'l) | 02/26/20 | J | | |
| 1124. | | | | | Buy (add'l) | 03/18/20 | J | | |
| 1125. | | | | | Buy (add'l) | 10/20/20 | J | | |
| 1126. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 1127. | | | | | Buy (add'l) | 12/24/20 | J | | |
| 1128. -Textron | A | Dividend | J | T | Buy (add'l) | 04/30/20 | J | | |
| 1129. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 1130. | | | | | Buy (add'l) | 12/24/20 | J | | |
| 1131. -Thermo Fisher Scientific | A | Dividend | J | T | Buy (add'l) | 12/07/20 | J | | |
| 1132. | | | | | Buy (add'l) | 12/24/20 | J | | |
| 1133. -Tiffany & Co | A | Dividend | J | T | | | | | |
| 1134. -TJX Cos. | A | Dividend | K | T | Sold (part) | 06/22/20 | J | | |
| 1135. | | | | | Buy (add'l) | 12/24/20 | J | | |
| 1136. | | | | | Buy (add'l) | 12/24/20 | J | | |
| 1137. | | | | | Buy (add'l) | 12/24/20 | J | | |
| 1138. -T-Mobile | | None | J | T | Buy (add'l) | 06/22/20 | J | | |
| 1139. | | | | | Buy (add'l) | 10/20/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 71 of 88

**Name of Person Reporting**

**Drain, Robert D.**

**Date of Report**

5/17/2021

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1140. | | | | | Buy<br>(add'l) | 12/07/20 | J | | |
| 1141. | | | | | Buy<br>(add'l) | 12/24/20 | J | | |
| 1142. -Tractor Supply Co. | | None | | | Sold | 03/18/20 | J | | |
| 1143. -Transdigm Grp. | | None | | | Buy | 12/07/20 | J | | |
| 1144. | | | | | Sold | 12/24/20 | J | | |
| 1145. -Travelers Cos | | None | | | Buy | 02/26/20 | J | | |
| 1146. | | | | | Sold | 03/18/20 | J | | |
| 1147. | | | | | Buy | 06/22/20 | J | | |
| 1148. | | | | | Sold | 09/10/20 | J | | |
| 1149. -Truist Finl Corp | A | Dividend | J | T | Sold<br>(part) | 01/08/20 | J | | |
| 1150. | | | | | Sold | 03/18/20 | J | | |
| 1151. | | | | | Buy | 04/30/20 | J | | |
| 1152. | | | | | Sold<br>(part) | 06/22/20 | J | | |
| 1153. | | | | | Sold | 09/10/20 | J | | |
| 1154. | | | | | Buy | 10/20/20 | J | | |
| 1155. | | | | | Buy<br>(add'l) | 12/24/20 | J | | |
| 1156. -Twitter | | None | J | T | Buy | 03/18/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 5/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1157. | | | | | Buy (add'l) | 10/20/20 | J | | |
| 1158. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 1159. | | | | | Buy (add'l) | 12/24/20 | J | | |
| 1160. -Tyson Foods | | None | | | Sold | 02/26/20 | J | | |
| 1161. | | | | | Buy | 06/22/20 | J | | |
| 1162. | | | | | Sold | 09/10/20 | J | | |
| 1163. -UDR REIT | | None | | | Sold | 04/30/20 | J | | |
| 1164. -Ultra Salon | | None | J | T | Buy | 10/20/20 | J | | |
| 1165. -Ultra Armor Cl A | | None | | | Buy | 03/18/20 | J | | |
| 1166. | | | | | Sold | 04/30/20 | J | | |
| 1167. -Ultra Armor Cl C | | None | | | Buy | 03/18/20 | J | | |
| 1168. | | | | | Sold | 04/30/20 | J | | |
| 1169. -Union Pacific | B | Dividend | M | T | Buy (add'l) | 10/20/20 | J | | |
| 1170. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 1171. | | | | | Buy (add'l) | 12/24/20 | J | | |
| 1172. -United Airlines Hldgs | A | Dividend | | | Sold | 02/26/20 | J | | |
| 1173. | | | J | T | Buy | 04/30/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 5/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1174. | | | | | Buy<br>(add'l) | 12/07/20 | J | | |
| 1175. | | | | | Sold<br>(part) | 12/24/20 | J | | |
| 1176. -United Parcel Cl B | A | Dividend | | | Sold | 02/26/20 | J | | |
| 1177. | | | J | T | Buy | 06/22/20 | J | | |
| 1178. | | | | | Buy<br>(add'l) | 10/20/20 | J | | |
| 1179. | | | | | Buy<br>(add'l) | 12/07/20 | J | | |
| 1180. | | | | | Buy<br>(add'l) | 12/24/20 | J | | |
| 1181. -UnitedHealth Grp. | A | Dividend | J | T | Buy<br>(add'l) | 12/07/20 | J | | |
| 1182. | | | | | Buy<br>(add'l) | 12/24/20 | J | | |
| 1183. -United Rentals | | None | | | Sold | 03/18/20 | J | | |
| 1184. United Technologies | | None | | | Sold | 03/18/20 | J | | |
| 1185. -Universal Health Sys | A | Dividend | J | T | Buy<br>(add'l) | 12/07/20 | J | | |
| 1186. | | | | | Buy<br>(add'l) | 12/24/20 | J | | |
| 1187. -Unum Grp | | None | | | Buy<br>(add'l) | 02/26/20 | J | | |
| 1188. | | | | | Sold | 03/18/20 | J | | |
| 1189. -US Bancorp | A | Dividend | J | T | Sold<br>(part) | 02/26/20 | J | | |
| 1190. | | | | | Sold | 03/18/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 5/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1191. | | | | | Buy | 04/30/20 | J | | |
| 1192. | | | | | Buy (add'l) | 06/22/20 | J | | |
| 1193. | | | | | Sold (part) | 09/10/20 | J | | |
| 1194. | | | | | Buy (add'l) | 10/20/20 | J | | |
| 1195. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 1196. | | | | | Buy (add'l) | 12/24/20 | J | | |
| 1197. -Valero Energy | | None | | | Sold (part) | 02/26/20 | J | | |
| 1198. | | | | | Sold | 03/18/20 | J | | |
| 1199. | | | | | Buy | 04/30/20 | J | | |
| 1200. | | | | | Sold | 09/10/20 | J | | |
| 1201. -Vanguard Large-Cap ETF | C | Int./Div. | M | T | | | | | |
| 1202. -Vanguard Mid-Cap ETF | C | Dividend | M | T | | | | | |
| 1203. -Vanguard S&P 500 ETF | C | Int./Div. | M | T | | | | | |
| 1204. -Varian Med Sys | | None | | | Sold | 04/30/20 | J | | |
| 1205. -Ventas | A | Distribution | J | T | Buy | 02/26/20 | J | | |
| 1206. | | | | | Sold | 03/18/20 | J | | |
| 1207. | | | | | Buy | 04/30/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 5/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1208. | | | | | Buy (add'l) | 09/10/20 | J | | |
| 1209. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 1210. | | | | | Buy (add'l) | 12/24/20 | J | | |
| 1211. -Verisign | | None | J | T | | | | | |
| 1212. -Verizon Com. | A | Dividend | K | T | Sold (part) | 02/26/20 | J | | |
| 1213. | | | | | Buy (add'l) | 04/30/20 | J | | |
| 1214. | | | | | Buy (add'l) | 10/20/20 | J | | |
| 1215. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 1216. | | | | | Buy (add'l) | 12/24/20 | J | | |
| 1217. -Vertex Pharmaceuiticals | | None | J | T | Buy (add'l) | 12/07/20 | J | | |
| 1218. | | | | | Buy (add'l) | 12/24/20 | J | | |
| 1219. -V F Corp. | | None | | | Sold | 02/26/20 | J | | |
| 1220. -ViacomCBS Cl B | A | Dividend | | | Sold | 02/26/20 | J | | |
| 1221. | | | J | T | Buy | 04/30/20 | J | | |
| 1222. | | | | | Buy (add'l) | 10/20/20 | J | | |
| 1223. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 1224. | | | | | Buy (add'l) | 12/24/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Drain, Robert D. | 5/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1225. -Viatris | | None | J | T | Buy | 12/07/20 | J | | |
| 1226. | | | | | Buy (add'l) | 12/24/20 | J | | |
| 1227. -Visa Cl A | B | Dividend | K | T | Buy (add'l) | 04/30/20 | J | | |
| 1228. | | | | | Buy (add'l) | 10/20/20 | J | | |
| 1229. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 1230. | | | | | Buy (add'l) | 12/24/20 | J | | |
| 1231. -Vornado Rlty Tr Sh Ben | | None | | | Buy | 03/18/20 | J | | |
| 1232. | | | | | Sold | 09/10/20 | J | | |
| 1233. -Vulcan Matls | | None | | | Buy | 02/26/20 | J | | |
| 1234. | | | | | Sold | 03/18/20 | J | | |
| 1235. -Wabtec | | None | | | Sold | 03/18/20 | J | | |
| 1236. -Walgreens Boots Alliance | A | Dividend | | | Sold | 02/26/20 | J | | |
| 1237. | | | | | Buy | 06/22/20 | J | | |
| 1238. | | | J | T | Sold | 09/10/20 | J | | |
| 1239. | | | | | Buy | 10/20/20 | J | | |
| 1240. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 1241. | | | | | Buy (add'l) | 12/24/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Drain, Robert D.** | 5/17/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1242. -Walmart | A | Dividend | J | T | Sold<br>(part) | 02/26/20 | J | | |
| 1243. | | | | | Buy<br>(add'l) | 06/22/20 | J | | |
| 1244. | | | | | Buy<br>(add'l) | 12/07/20 | J | | |
| 1245. | | | | | Buy<br>(add'l) | 12/24/20 | J | | |
| 1246. -Waste Mgmt | A | Dividend | J | T | Sold<br>(part) | 04/30/20 | J | | |
| 1247. | | | | | Buy<br>(add'l) | 06/22/20 | J | | |
| 1248. -Waters Corp | | None | | | Sold | 02/26/20 | J | | |
| 1249. -WEC Energy Grp | | None | | | Buy<br>(add'l) | 12/07/20 | J | | |
| 1250. | | | | | Sold | 12/24/20 | J | | |
| 1251. -Wellcare Grp | | None | | | Merged<br>(with line 237) | 01/23/20 | J | A | |
| 1252. -Wells Fargo & Co. New Com | A | Dividend | J | T | Sold<br>(part) | 02/26/20 | J | | |
| 1253. | | | | | Sold | 03/18/20 | J | | |
| 1254. | | | | | Buy | 04/30/20 | J | | |
| 1255. | | | | | Sold | 06/22/20 | J | | |
| 1256. | | | | | Buy | 09/10/20 | J | | |
| 1257. | | | | | Sold | 10/20/20 | J | | |
| 1258. | | | | | Buy | 12/07/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 5/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1259. | | | | | Buy<br>(add'l) | 12/24/20 | J | | |
| 1260. -Welltower REIT | A | Dividend | J | T | Buy | 03/18/20 | J | | |
| 1261. | | | | | Buy<br>(add'l) | 12/24/20 | J | | |
| 1262. -Wstern Digital | | None | | | Buy | 03/18/20 | J | | |
| 1263. | | | | | Sold | 10/20/20 | J | A | |
| 1264. -Western Union | | None | | | Sold | 04/30/20 | J | | |
| 1265. -Westrock | A | Dividend | J | T | Buy | 03/18/20 | J | | |
| 1266. -Weyerhaeuser | A | Dividend | J | T | Sold<br>(part) | 03/18/20 | J | | |
| 1267. | | | | | Buy<br>(add'l) | 04/30/20 | J | | |
| 1268. | | | | | Sold<br>(part) | 06/22/20 | J | | |
| 1269. -Whirlpool | A | Dividend | J | T | Buy | 03/18/20 | J | | |
| 1270. -Williams Cos. | A | Dividend | J | T | Buy | 02/26/20 | J | | |
| 1271. | | | | | Buy<br>(add'l) | 03/18/20 | J | | |
| 1272. | | | | | Sold<br>(part) | 04/30/20 | J | | |
| 1273. | | | | | Buy<br>(add'l) | 12/24/20 | J | | |
| 1274. -Willis Towers Watson | A | Dividend | J | T | | | | | |
| 1275. -Wynn Resorts | | None | | | Sold | 03/18/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 5/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1276. | | | | | Buy | 04/30/20 | J | | |
| 1277. | | | | | Sold | 10/20/20 | J | | |
| 1278. -Xcel Energy | | None | | | Buy (add'l) | 04/30/20 | J | | |
| 1279. | | | | | Sold (part) | 06/22/20 | J | | |
| 1280. | | | | | Buy (add'l) | 10/20/20 | J | | |
| 1281. | | | | | Sold | 12/07/20 | J | | |
| 1282. -Xerox Hldgs. | | None | | | Buy | 03/18/20 | J | | |
| 1283. | | | | | Sold | 04/30/20 | J | | |
| 1284. -Xilinx | A | Dividend | J | T | Buy | 03/18/20 | J | | |
| 1285. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 1286. -Xylem | A | Dividend | J | T | Buy | 03/18/20 | J | | |
| 1287. | | | | | Buy (add'l) | 12/24/20 | J | | |
| 1288. -Yum Brands | A | Dividend | J | T | Buy | 02/26/20 | J | | |
| 1289. | | | | | Sold | 03/18/20 | J | | |
| 1290. | | | | | Buy | 04/30/20 | J | | |
| 1291. | | | | | Buy (add'l) | 06/22/20 | J | | |
| 1292. -Zimmer Biomet | A | Dividend | J | T | Buy | 06/22/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Drain, Robert D.** | 5/17/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1293. | | | | | Buy<br>(add'l) | 10/20/20 | J | | |
| 1294. | | | | | Buy<br>(add'l) | 12/07/20 | J | | |
| 1295. -Zions Bancorporation | | None | | | Sold | 03/18/20 | J | | |
| 1296. -Zoetis Inc. | A | Dividend | J | T | Buy<br>(add'l) | 02/26/20 | J | | |
| 1297. | | | | | Buy<br>(add'l) | 06/22/20 | J | | |
| 1298. | | | | | Buy<br>(add'l) | 12/07/20 | J | | |
| 1299. -3M | A | Dividend | | | Sold | 02/26/20 | J | | |
| 1300. | | | | T | Buy | 04/30/20 | J | | |
| 1301. | | | | | Buy<br>(add'l) | 10/20/20 | J | | |
| 1302. | | | | | Buy<br>(add'l) | 12/03/20 | J | | |
| 1303. -Col. Bond Fd. | C | Interest | M | T | | | | | |
| 1304. -Col. Short Term Bond Fd | B | Interest | L | T | | | | | |
| 1305. -Barclays Bk Sr. Nt. UK | | | | | Matured | 01/08/20 | K | | |
| 1306. -North Hempstead NY Pub Impt BDS | C | Interest | L | T | | | | | |
| 1307. -Syracuse Pub Impt BDS | C | Interest | M | T | | | | | |
| 1308. -BofA Tax Exempt Reserves | A | Interest | J | T | | | | | |
| 1309. -Blackrock Liquidity Fed Fund | D | Interest | N | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 5/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1310. US Trust managed IRA Rollover Account (no control); see lines 143-204 | E | Int./Div. | P1 | T | | | | | |
| 1311. -BofA Money Market Savings | B | Interest | N | T | | | | | |
| 1312. -Diamond Hill Fds | A | Dividend | L | T | Buy (add'l) | 01/22/20 | K | | |
| 1313. | | | | | Buy (add'l) | 03/23/20 | J | | |
| 1314. | | | | | Buy (add'l) | 04/21/20 | J | | |
| 1315. | | | | | Redeemed (part) | 09/01/20 | J | | |
| 1316. | | | | | Distributed (part) | 12/11/20 | J | B | |
| 1317. -IShares S&P 100 ETF | B | Dividend | L | T | Buy (add'l) | 01/22/20 | J | | |
| 1318. | | | | | Redeemed (part) | 09/02/20 | J | C | |
| 1319. -Col. Select Large Cap Growth Fd Cl Z | | None | M | T | | | | | |
| 1320. -Natixis Loomis Sayles Growth Fd | A | Dividend | L | T | Buy (add'l) | 01/22/20 | J | | |
| 1321. | | | | | Redeemed (part) | 03/24/20 | J | | |
| 1322. | | | | | Buy | 04/21/20 | J | | |
| 1323. | | | | | Redeemed (part) | 09/01/20 | J | B | |
| 1324. | | | | | Distributed (part) | 12/24/20 | J | A | |
| 1325. -Vanguard S&P 500 ETF | A | Dividend | L | T | Buy (add'l) | 01/22/20 | J | | |
| 1326. | | | | | Buy (add'l) | 04/21/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 5/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1327. | | | | | Redeemed<br>(part) | 09/02/20 | J | C | |
| 1328. -Baird Midcap Fd Instl | | | | | Buy<br>(add'l) | 01/22/20 | J | | |
| 1329. | | | | | Redeemed | 06/01/20 | K | D | |
| 1330. -Blackrock Mid Cap Growth Equit Portfolio<br>Cl 1 | B | Dividend | L | T | Buy | 06/01/20 | K | | |
| 1331. -IShares Russell Mid Cap ETF | A | Int./Div. | L | T | Buy<br>(add'l) | 03/24/20 | J | | |
| 1332. | | | | | Redeemed<br>(part) | 06/02/20 | J | A | |
| 1333. -MFS Mid Cap Value Fd Cl 1 | A | Dividend | L | T | Buy<br>(add'l) | 03/24/20 | J | | |
| 1334. | | | | | Redeemed<br>(part) | 06/01/20 | J | | |
| 1335. -Conestoga Small Cap Fd | | None | K | T | Redeemed<br>(part) | 01/21/20 | J | B | |
| 1336. | | | | | Buy<br>(add'l) | 04/20/20 | J | | |
| 1337. -IShares Russell 2000 ETF | A | Dividend | K | T | Buy<br>(add'l) | 03/24/20 | J | | |
| 1338. -Wells Fargo Special Small Cap Value Fd | A | Dividend | K | T | Redeemed<br>(part) | 01/21/20 | J | A | |
| 1339. | | | | | Buy | 03/24/20 | J | | |
| 1340. -Harding Loevner Fds Intl Equity | A | Dividend | K | T | Redeemed<br>(part) | 01/21/20 | J | A | |
| 1341. | | | | | Buy<br>(add'l) | 09/01/20 | J | | |
| 1342. -Oakmark Intl Fd | A | Dividend | K | T | Redeemed<br>(part) | 01/21/20 | J | | |
| 1343. | | | | | Buy<br>(add'l) | 03/24/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 5/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1344. -Vanguard FTSE Developed Markets ETF | B | Int./Div. | L | T | Redeemed (part) | 01/21/20 | K | A | |
| 1345. | | | | | Buy (add'l) | 01/21/20 | J | | |
| 1346. | | | | | Buy (add'l) | 03/25/20 | J | | |
| 1347. | | | | | Buy (add'l) | 09/02/20 | J | | |
| 1348. -Hartford Mut Fds II Schroders Emerging Mkts | B | Dividend | L | T | Redeemed (part) | 01/21/20 | J | A | |
| 1349. | | | | | Buy (add'l) | 03/24/20 | J | | |
| 1350. | | | | | Redeemed (part) | 04/20/20 | J | | |
| 1351. -Neuberger Berman Long Short Fund | | None | K | T | Redeemed (part) | 03/24/20 | J | | |
| 1352. | | | | | Buy (add'l) | 04/20/20 | J | | |
| 1353. | | | | | Distributed (part) | 12/22/20 | J | A | |
| 1354. -Vanguard FTSE Emerging Markets ETF | A | Dividend | K | T | Redeemed (part) | 01/22/20 | J | A | |
| 1355. | | | | | Redeemed (part) | 04/21/20 | J | | |
| 1356. | | | | | Buy (add'l) | 09/02/20 | K | | |
| 1357. -Abby Capital Futures Strategy Fd | A | Dividend | J | T | Buy (add'l) | 01/22/20 | J | | |
| 1358. | | | | | Redeemed (part) | 03/24/20 | J | | |
| 1359. | | | | | Buy (add'l) | 04/20/20 | J | | |
| 1360. | | | | | Buy (add'l) | 09/01/20 | J | | |

| 1 | Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 | Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 5/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1361. -AQR Long-Short Equity Fd | | None | K | T | Buy<br>(add'l) | 04/20/20 | J | | |
| 1362. | | | | | Buy<br>(add'l) | 06/01/20 | J | | |
| 1363. | | | | | Distributed<br>(part) | 12/24/20 | J | C | |
| 1364. -Blackrock Event Driven Equity Fd | | None | K | T | Buy<br>(add'l) | 01/22/20 | J | | |
| 1365. | | | | | Redeemed<br>(part) | 03/24/20 | J | | |
| 1366. | | | | | Buy<br>(add'l) | 04/20/20 | J | | |
| 1367. | | | | | Distributed<br>(part) | 07/20/20 | J | A | |
| 1368. | | | | | Buy<br>(add'l) | 09/01/20 | J | | |
| 1369. -Legg Mason BW Absolute Return Ops Fd Cl 1 | B | Dividend | K | T | Buy | 01/22/20 | J | | |
| 1370. | | | | | Redeemed<br>(part) | 03/24/20 | J | | |
| 1371. | | | | | Buy | 06/01/20 | J | | |
| 1372. -PGIM High Yeld Fd Cl Q | A | Dividend | J | T | Buy<br>(add'l) | 01/22/20 | J | | |
| 1373. | | | | | Redeemed<br>(part) | 03/24/20 | J | | |
| 1374. | | | | | Buy<br>(add'l) | 09/01/20 | J | | |
| 1375. -PIMCO Unconstrained Bd Fd | A | Dividend | J | T | Redeemed<br>(part) | 03/24/20 | J | | |
| 1376. | | | | | Buy<br>(add'l) | 06/01/20 | J | | |
| 1377. -Credit Suisse Commodity-Return Fd | A | Dividend | K | T | Buy<br>(add'l) | 01/22/20 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |
|---|---|---|---|---|---|

| Name of Person Reporting | Date of Report |
|---|---|
| **Drain, Robert D.** | 5/17/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1378. | | | | | Buy<br>(add'l) | 06/01/20 | J | | |
| 1379. -Apple Sr Unsecd Nt | | | | | Matured | 02/07/20 | K | | |
| 1380. -Berkshire Hathaway Fin Corp Gtd Sr Nt. | B | Interest | L | T | | | | | |
| 1381. -Goldman Sachs Sr. Unsecured Nt | | | | | Matured | 12/28/20 | K | | |
| 1382. -CMG Ultra Short Term Bond Fd | C | Interest | M | T | | | | | |
| 1383. Fifth Third Bancorp common | A | Int./Div. | J | T | | | | | |
| 1384. US Trust IRA (no control); see lines 207-215 | D | Int./Div. | O | T | | | | | |
| 1385. -BofA Money Market | A | Interest | M | T | | | | | |
| 1386. -SPDR S&P Div. ETF | B | Int./Div. | L | T | | | | | |
| 1387. -SPDR S&P 500 ETF | C | Int./Div. | M | T | | | | | |
| 1388. -Vanguard Index Tr Total Stk Mkt | B | Dividend | L | T | | | | | |
| 1389. -Vanguard Mid-Cap ETF | A | Int./Div. | J | T | | | | | |
| 1390. -Vanguard Small-Cap ETF | B | Dividend | J | T | | | | | |
| 1391. -US Treas Strips | | | | | Matured | 11/16/20 | L | | |
| 1392. -Col. Select Large Cap Growth Fd Cl. Z | | None | M | T | Distributed<br>(part) | 12/09/20 | K | | |
| 1393. -CMG Ultra Short Term Bond Fd | B | Interest | L | T | | | | | |
| 1394. Merit Energy Co. gas rights Big Horn County, Wyo. | D | Royalty | L | W | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Drain, Robert D.** | 5/17/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1395. US Trust core checking account 1 | | None | K | T | | | | | |
| 1396. US Trust Core checking account 2 | | None | K | T | | | | | |
| 1397. NYS 529 savings program #1-Moderate Age-Based Option Income Portfolio | B | Int./Div. | J | T | | | | | |
| 1398. NYS 529 savings program #2-Moderate Age-Based Option Income Portfolio | B | Int./Div. | J | T | | | | | |
| 1399. NYS 529 savings program #3-Moderate Age-Based Option Income Portfolio | D | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII. Investments and Trusts, lines 3-1309, 1310-1382, and 1384-1393 are managed investment accounts that contain the investments (preceded by a "-" ) that follow them. We have no control over the investment decisions with the exception of allocation to categories of investments.

Part VII In preparing this report, I realized that (a) the transaction listed on line 353 of my 2019 Financial Disclosure Report (Expeditors) as a sale should have been listed as a partial sale, (b) the trnsaction listed on line 1039 of my 2019 Financial Disclosure Report as (Alibaba) as a partial sale should have been listed as a sale, (c) the transaction listed on line 1086 my 2019 Financial Disclosure Report (Blackrock Strategic Income Opportunities) as a partial sale should have been listed as a sale/matured, and (d) the investment listed on line1098 of my 2019 Financial Disclosure Report (JPMorgan chase Sr. Unsecd Nt) should have been listed matured on 10/22/19 with a value code of K and no gain.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert D. Drain**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544